1  ROBBINS GELLER RUDMAN
     & DOWD LLP
2  DARREN J. ROBBINS (168593)
   TRAVIS E. DOWNS III (148274)
3  BENNY C. GOODMAN III (211302)
   DAVID W. MITCHELL (199706)
4  BRIAN O'MARA (229737)
   655 West Broadway, Suite 1900
5  San Diego, CA  92101
   Telephone:  619/231-1058
6  619/231-7423 (fax)
   darrenr@rgrdlaw.com
7  travisd@rgrdlaw.com
   bennyg@rgrdlaw.com
8  davidm@rgrdlaw.com
   bomara@rgrdlaw.com
9
   [Proposed] Lead Counsel for Plaintiffs
10
   [Additional counsel appear on signature page.]

11                UNITED STATES DISTRICT COURT

12                CENTRAL DISTRICT OF CALIFORNIA

13                     SOUTHERN DIVISION

14

| | |
|---|---|
| WILLA ROSENBLOOM, Derivatively on Behalf of ALLERGAN, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DAVID E.I. PYOTT, et al. <br><br> Defendants, <br><br> – and – <br><br> ALLERGAN, INC., a Delaware corporation, <br><br> Nominal Defendant. | Case No. SACV10-01352 DOC (MLGx) <br><br> NOTICE OF MOTION AND POMPANO BEACH POLICE & FIREFIGHTERS' RETIREMENT SYSTEM AND WESTERN WASHINGTON LABORERS-EMPLOYERS PENSION TRUST'S MOTION FOR CONSOLIDATION AND APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL <br><br> DATE: November 1, 2010 <br> TIME: 8:30 a.m. <br> CTRM: 9D <br> JUDGE: Hon. David O. Carter |

[Caption continued on following page.]

| | | |
|---|---|---|
| 1 | DANIEL HIMMEL, Derivatively on Behalf of ALLERGAN, INC., | Case No. SACV10-01417-DOC (MLGx) |
| 2 | Plaintiffs, | |
| 3 | vs. | |
| 4 | DAVID E. I. PYOTT, et al., | |
| | Defendants, | |
| 5 | – and – | |
| 6 | ALLERGAN, INC., a Delaware corporation, | |
| 7 | Nominal Defendant. | |
| 8 | | |
| 9 | POMPANO BEACH POLICE & FIREFIGHTERS' RETIREMENT SYSTEM and WESTERN WASHINGTON LABORERS-EMPLOYERS PENSION TRUST, Derivatively on Behalf of ALLERGAN, INC., | Case No. SACV10-01449 DOC (JEMx) |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | Plaintiffs, | |
| | vs. | |
| 14 | DAVID E.I. PYOTT, et al., | |
| 15 | Defendants, | |
| | – and – | |
| 16 | ALLERGAN, INC., a Delaware corporation, | |
| 17 | | |
| 18 | Nominal Defendant. | |

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that on November 1, 2010, at 8:30 a.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable David O. Carter, Courtroom 9D, United States District Court for the Central District of California, Southern Division, 411 West Fourth Street, Santa Ana, California 92701, Pompano Beach Police & Firefighters' Retirement System ("Pompano Beach") and Western Washington Laborers-Employers Pension Trust ("Western Washington") (collectively, the "Funds") will and hereby do move this Court for an order: (1) consolidating the related actions; (2) appointing the Funds as Lead Plaintiff; (3) appointing Robbins Geller Rudman & Dowd LLP as Lead Counsel; and (4) granting such other relief as the Court deems just and proper.[1]  In support of this Motion, the Funds submit the accompanying Memorandum of Law and the Declaration of Brian O. O'Mara.

DATED:  September 29, 2010

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
TRAVIS E. DOWNS III
BENNY C. GOODMAN III
DAVID W. MITCHELL
BRIAN O. O'MARA

s/ BRIAN O. O'MARA
BRIAN O. O'MARA

---

[1]  Local Rule 7-3 requires a conference of counsel prior to filing motions.  On September 27 and 28, 2010, the Funds' counsel contacted counsel for Daniel Himmel and Willa Rosenbloom and discussed the filing of the instant motion.  Each agreed that consolidation is proper and each opposes the leadership proposed herein.  On September 29, 2010, the Funds' counsel contacted counsel for Allergan and defendants, who agreed that consolidation is proper and take no position in the appointment of lead plaintiff and lead counsel.

| | |
|---|---|
| 1 | |
| 2 | 655 West Broadway, Suite 1900<br>San Diego, CA 92101 |
| 3 | Telephone: 619/231-1058<br>619/231-7423 (fax) |
| 4 | [Proposed] Lead Counsel for Plaintiffs |
| 5 | SUGARMAN & SUSSKIND<br>ROBERT SUGARMAN |
| 6 | PEDRO A. HERRERA<br>100 Miracle Mile, Suite 300 |
| 7 | Coral Gables, FL 33134<br>Telephone: 305/529-2801 |
| 8 | 305/447-8115 (fax) |
| 9 | Attorneys for Plaintiff |

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2010, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice Lists.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 29, 2010.

   s/ BRIAN O. O'MARA
BRIAN O. O'MARA

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  bomara@rgrdlaw.com

# Mailing Information for a Case 8:10-cv-01352-DOC -MLG

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Rusty E. Glenn**
  rusty@shumanlawfirm.com

- **Kathleen Ann Herkenhoff**
  kah@weiserlawfirm.com

- **Kip B Shuman**
  kip@shumanlawfirm.com

- **Robert B Weiser**
  rw@weiserlawfirm.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Jeffrey J. Ciarlanto
The Weiser Law Firm  PC
121 North Wayne Ave  Suite 100
Wayne, PA 19087

Debra S Goodman
Law Office of Debra S Goodman PC
1301 Skippack Pike  Suite 7A – 133
Blue Bell, PA 19422

Brett Steckler
The Weiser Law Firm PC
121 North Wayne Avenue
Suite 100
Wayne, PA 19087
```

# Mailing Information for a Case 8:10-cv-01417-DOC -MLG

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Arshan Amiri**
  aamiri@ruflaw.com

- **Felipe J Arroyo**
  farroyo@robbinsumeda.com,notice@robbinsumeda.com,mozaki@robbinsumeda.com

- **Brian J Robbins**
  notice@robbinsumeda.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
William C Wright
Leopold Kuvin P A
2925 PGA Boulevard
Suite 200
Palm Beach Gardens, FL 33410
```

# Mailing Information for a Case 8:10-cv-01449-DOC -JEM

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Travis E Downs , III**
  travisd@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Benny C Goodman , III**
  bgoodman@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **David W Mitchell**
  davidm@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Brian Oliver O'Mara**
  bomara@rgrdlaw.com

- **Darren J Robbins**
  e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Pedro A Herrera
Sugarman and Susskind
100 Miracle Mile Suite 300
Coral Gables, FL 33134

Robert Sugarman
Sugarman and Susskind
100 Miracle Mile Suite 300
Coral Gables, FL 33031
```

ALLERGAN DERIVATIVE SERVICE LIST
**Counsel for Plaintiffs**

SUGARMAN & SUSSKIND
ROBERT SUGARMAN
PEDRO A. HERRERA
100 Miracle Mile, Suite 300
Coral Gables, FL  33134
Telephone:  305/529-2801
305/447-8115 (fax)

THE WEISER LAW FIRM, P.C.
ROBERT B. WEISER
BRETT STECKER
JEFFREY CIARLANTO
121 North Wayne Avenue, Suite 100
Wayne, PA  19087
Telephone: 610/225-2616
619/225-2678 (fax)

LAW OFFICE OF DEBRA S. GOODMAN P.C.
DEBRA S. GOODMAN
1301 Skippack Pike
Suite 7A #133
Blue Bell, PA  19422
Telephone: 610/277-6057
484/231-1922 (fax)

LEOPOLD KUVIN, P.A.
WILLIAM C. WRIGHT
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL  33410
Telephone: 561/514-1400
561/514-1401 (fax)

THE WEISER LAW FIRM, P.C.
KATHLEEN A. HERKENHOFF
12707 High Bluff Drive, Suite 200
San Diego, CA 92130
Telephone: 858/794-1441
858-794-1450 (fax)

THE SHUMAN LAW FIRM
KIP B. SHUMAN
RUSTY GLENN
885 Arapahoe Avenue
Boulder, CO  80302
Telephone: 303/861-3003
303/484-4886 (fax)

ROBBINS UMEDA LLP
BRIAN J. ROBBINS
FELIPE J. ARROYO
ARSHAN AMIRI
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: 619/525-3990
619/525-3991 (fax)

ALLERGAN DERIVATIVE SERVICE LIST

| | |
|---|---|
| **Counsel for Defendants**<br>GIBSON DUNN &CRUTCHER<br>JEFFREY H. REEVES<br>KRISTOPHER P. DIULIO<br>WAYNE W. SMITH<br>3161 Michelson Drive<br>Irvine, CA 92612-4412<br>Telephone: 949/451-3816<br>949/475-4658 (fax) | John C. Hueston<br>Glenn K. Vanzura<br>Lillie A. Werner<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA  90067-4276<br>Telephone:  310/277-1010<br>310/203-7199 (fax) |