UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| IN RE ALLERGAN, INC. SHAREHOLDER DERIVATIVE LITIGATION | CASE NO. SACV10-01352 DOC (MLGx) |
| This Document Relates To: ALL ACTIONS | [~~PROPOSED~~] ORDER REGARDING THE EXTENSION OF PAGE LIMITS AND BRIEFING SCHEDULE |

Pursuant to the stipulation of the parties and good cause having been shown, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. Defendants' motions in response to the Complaint shall be limited to 35 pages each and are due on or before December 8, 2010;

2. Plaintiffs' oppositions to Defendants' motions shall be limited to 35 pages each and are due on or before January 18, 2011; and

3. Defendants' reply briefs shall not exceed the 25-page limit each as set forth in Local Rule 6-11 and are due on or before February 8, 2011.

IT IS SO ORDERED.

DATED: Nov. 29, 2010

_____
THE HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

Gibson, Dunn & Crutcher LLP