IRELL & MANELLA LLP
Daniel P. Lefler (151253)
dlefler@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ALLERGAN, INC. SHAREHOLDER DERIVATIVE LITIGATION      PLAINTIFF(S) | CASE NUMBER<br><br>Master File No. SACV10-01352-DOC |
| This Document Relates To:<br><br>v.<br><br>ALL ACTIONS      DEFENDANT(S). | **NOTICE OF CHANGE OF ATTORNEY INFORMATION** |

**The following information must be provided:**

I, <u>Daniel P. Lefler</u>, <u>151253</u>, <u>dlefler@irell.com</u>
    *Name*            *CA Bar ID Number*            *E-mail Address*

☑ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following party(s)

<u>Allergan, Inc., Nominal Defendant.</u>

and am requesting the following change(s):

> THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.
> I ☑ consent ☐ do not consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☐ TO UPDATE NAME OR FIRM INFORMATION:
    ☐ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.
        PROVIDE ONLY THE INFORMATION THAT HAS CHANGED

Attorney Name changed to _____

New Firm/Government Agency Name _____.

New Address _____

New Telephone Number _____ New Facsimile Number _____

New E-mail address _____

☑ TO BE ADDED AS COUNSEL OF RECORD: CHECK ONE BOX
    ☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____
    ☑ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FI RM I S **NOT** ALREADY PART OF THI  S ACTI ON AND ARE A  SSOCIATING IN  AS  COUNSEL OF RECORD A NOTI  CE OF ASSOCIATION SHOULD BE FI LED. IF YOU ARE GOI NG TO APPEAR PRO HAC VI  CE, A SEPARATE APPLI CATION OF NON -RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name  Daniel P. Lefler _____ CA State Bar Number  151253 _____

Firm/Government Agency Name  Irell & Manella LLP _____

Address:  1800 Avenue of the Stars, Suite 900, Los Angeles, California 90067-4276 _____

Telephone Number  (310) 277-1010 _____ Facsimile Number  (310) 203-7199 _____

New E-mail address  dlefler@irell.com _____

---

☐    **TO BE REMOVED FROM THE CASE: \*\***

    ☐    I am ☐ the aforementioned attorney from my firm is no longer counsel of record in the above- entitled cause of action.

CHECK ONE BOX

    ☐    The order relieving me/the aforementioned attorney from my firm was filed on: _____.

    ☐    There is/are other attorney(s) from the undersigned attorney's law firm/government agency who are counsel of record in this case.

    ☐    I am ☐ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**\*\*This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01,*Request for Substitution of Attorney* and G-01ORDER, *Order on Request for Substitution of Attorney*. At least one  member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.**

---

Date: __12/8/2010__

_____
*Signature of Attorney of Record / Attorney for the Firm*

**PLEASE NOTE: CM/ECF users must update     t heir account information in the system pursuant to the General Order au thorizing electronic filing, in ad dition to filing this Notice of Change of Attorney Informat ion. A separate Notice must be filed in every pending case pursuant to Local Rule 83–2.7.**