IRELL & MANELLA LLP
John C. Hueston (164921)
jhueston@irell.com
Daniel P. Lefler (151253)
dlefler@irell.com
Lillie A. Werner (261250)
lwerner@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:   (310) 277-1010
Facsimile:   (310) 203-7199

Attorneys for Nominal Defendant Allergan, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| In re ALLERGAN, INC. SHAREHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Master File No. SACV10-01352-DOC (MLGx)<br><br>**NOMINAL DEFENDANT ALLERGAN, INC.'S NOTICE OF MOTION AND MOTION TO STAY JUDICIAL PROCEEDINGS**<br><br>Date:   February 28, 2011<br>Time:   8:30 a.m.<br>Ctrm:   9D<br>Judge:  Hon. David O. Carter |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2320165

NOMINAL DEFENDANT ALLERGAN, INC.'S
NOTICE OF MOTION AND MOTION TO STAY

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE that on February 28, 2011, at 8:30 a.m., or as soon thereafter as the matter may be heard before the Honorable David O. Carter, United States District Court Judge, in Courtroom 9D of the United States District Court, Central District of California, Southern Division, 411 West Fourth Street, Room 1053, Santa Ana, California, 92701, nominal defendant Allergan, Inc. ("Allergan") will and hereby does move this Court for Entry of an Order staying all further judicial proceedings in this consolidated derivative action instituted by plaintiffs Willa Rosenbloom, Daniel Himmel, Pompano Beach Police & Firefighters' Retirement System, and Western Washington Laborers-Employers Pension Trust (collectively, "Plaintiffs"), pending resolution of an earlier-filed, substantially similar derivative action captioned *Louisiana Municipal Police Employees' Retirement System v. Pyott, et al*, Civil Action No. 5795-VCL, filed in the Delaware Chancery Court on September 3, 2010.  (Declaration of Lillie A. Werner, ¶¶ 8-9.) The plaintiffs in the Delaware action filed an amended complaint on October 11, 2010 alleging demand futility and breaches of fiduciary duty; a hearing on motions to dismiss these allegations is scheduled for December 17, 2010.  (*Id.*)

PLEASE TAKE FURTHER NOTICE that this Motion to stay all further proceedings is premised on the abstention doctrine enunciated in *Colorado River Water Conservation District v. United States*, 424 U.S. 800 (1976).  Pursuant to *Colorado River*, this action should be stayed based on principles of comity and the efficient administration of justice in light of the earlier-filed, substantially similar action in the Delaware Chancery Court that may fully and finally dispose of key matters at issue in the instant litigation.

PLEASE TAKE FURTHER NOTICE that this Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on November 22, 2010.  (Declaration of Lillie A. Werner, ¶ 11.)  The parties conferred in good faith but were unable to resolve any substantive issues.  (*Id.*)

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

NOMINAL DEFENDANT ALLERGAN, INC.'S
NOTICE OF MOTION AND MOTION TO STAY

2320165

- 1 -

1  This Motion is based on this Notice of Motion and the accompanying
2  Memorandum of Points and Authorities, Declaration of Lillie A. Werner and
3  Exhibits, and Request for Judicial Notice, all filed concurrently herewith, as well as
4  all pleadings and papers on file with the Court in this case, all other facts and
5  matters of which this Court may take judicial notice, and such other oral and written
6  arguments or evidence that may be presented at any hearing on the Motion.

Respectfully submitted,

DATED: December 8, 2010

IRELL & MANELLA LLP
JOHN C. HUESTON
DANIEL P. LEFLER
LILLIE A. WERNER

By:   /s/   John C. Hueston
JOHN C. HUESTON
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067
Telephone:  (310) 277-1010
Facsimile:  (310) 203-7199
jhueston@irell.com
dlefler@irell.com
lwerner@irell.com

Counsel for Nominal Defendant Allergan, Inc.

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2320165

NOMINAL DEFENDANT ALLERGAN, INC.'S
NOTICE OF MOTION AND MOTION TO STAY

- 2 -