IRELL & MANELLA LLP
John C. Hueston (164921)
jhueston@irell.com
Daniel P. Lefler (151253)
dlefler@irell.com
Lillie A. Werner (261250)
lwerner@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:   (310) 277-1010
Facsimile:   (310) 203-7199

Attorneys for Nominal Defendant Allergan, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| In re ALLERGAN, INC. SHAREHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Master File No. SACV10-01352-DOC (MLGx)<br><br>**[PROPOSED] ORDER GRANTING NOMINAL DEFENDANT ALLERGAN, INC.'S MOTION TO STAY JUDICIAL PROCEEDINGS**<br><br>Date:   February 28, 2011<br>Time:   8:30 a.m.<br>Ctrm:   9D<br>Judge:   Hon. David O. Carter |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2349197

[PROPOSED] ORDER GRANTING ALLERGAN, INC.'S MOTION TO STAY

Having considered Nominal Defendant Allergan, Inc.'s ("Allergan") Motion to Stay Judicial Proceedings, and all papers filed in support thereof and in opposition thereto, and the arguments of counsel, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. Allergan's Motion to Stay Judicial Proceedings is GRANTED;

2. All further judicial proceedings in this matter are STAYED pending resolution of the earlier-filed, substantially similar Delaware action captioned *Louisiana Municipal Police Employees' Retirement System v. Pyott, et al*, Civil Action No. 5795-VCL, filed in the Delaware Chancery Court on September 3, 2010 (amended complaint filed October 11, 2010).

IT IS SO ORDERED.

Dated: _____   _____
THE HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT COURT

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2349197

[PROPOSED] ORDER GRANTING ALLERGAN, INC.'S MOTION TO STAY

- 1 -