1   IRELL & MANELLA LLP
    John C. Hueston (164921)
2   jhueston@irell.com
    Daniel P. Lefler (151253)
3   dlefler@irell.com
    Lillie A. Werner (261250)
4   lwerner@irell.com
    1800 Avenue of the Stars, Suite 900
5   Los Angeles, California 90067-4276
    Telephone:   (310) 277-1010
6   Facsimile:    (310) 203-7199

7   Attorneys for Nominal Defendant Allergan, Inc.

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                        SOUTHERN DIVISION

11  In re ALLERGAN, INC.              )   Master File No. SACV10-01352-DOC
    SHAREHOLDER DERIVATIVE            )   (MLGx)
12  LITIGATION                        )
                                      )   **NOMINAL DEFENDANT
13  _____      )   ALLERGAN, INC.'S NOTICE OF
                                      )   MOTION AND MOTION TO
14  This Document Relates To:         )   DISMISS THE CONSOLIDATED
                                      )   COMPLAINT**
15  ALL ACTIONS                       )
                                      )   Date:    February 28, 2011
16                                    )   Time:    8:30 a.m.
                                      )   Ctrm:    9D
17                                    )   Judge:   Hon. David O. Carter
                                      )
18

19

20

21

22

23

24

25

26

27

28

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2337343

NOMINAL DEFENDANT ALLERGAN INC.'S
NOTICE OF MOTION AND MOTION TO
DISMISS

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE that on February 28, 2011, at 8:30 a.m., or as soon thereafter as the matter may be heard before the Honorable David O. Carter, United States District Court Judge, in Courtroom 9D of the United States District Court, Central District of California, Southern Division, 411 West Fourth Street, Room 1053, Santa Ana, California, 92701, nominal defendant Allergan, Inc. ("Allergan") will and hereby does move this Court for Entry of an Order dismissing all claims detailed in the Consolidated Complaint [Dkt. No. 39] filed by Plaintiffs Willa Rosenbloom, Daniel Himmel, Pompano Beach Police & Firefighters' Retirement System, and Western Washington Laborers-Employers Pension Trust (collectively, "Plaintiffs"), in their entirety.

PLEASE TAKE FURTHER NOTICE that this Motion to Dismiss is brought pursuant to Rules 12(b)(6) and 23.1 of the Federal Rules of Civil Procedure, as well as Delaware Chancery Court Rule 23.1, on the grounds that Plaintiffs improperly failed to make pre-suit demand on the Allergan Board of Directors before instituting this derivative action.

PLEASE TAKE FURTHER NOTICE that this Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on November 22, 2010. (Declaration of Lillie A. Werner, ¶ 11.) The parties conferred in good faith but were unable to resolve any substantive issues. (*Id.*)

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2337343

NOMINAL DEFENDANT ALLERGAN INC.'S
NOTICE OF MOTION AND MOTION TO
DISMISS

- 1 -

1     This Motion to Dismiss is based on this Notice of Motion and the

2  accompanying Memorandum of Points and Authorities, Declaration of Lillie A.

3  Werner and Exhibits, and Request for Judicial Notice, all filed concurrently

4  herewith, as well as all pleadings and papers on file with the Court in this case, all

5  other facts and matters of which this Court may take judicial notice, and such other

6  oral and written arguments or evidence that may be presented at any hearing on the

7  Motion.

8                                         Respectfully submitted,

9   DATED:  December 8, 2010              IRELL & MANELLA LLP
                                          JOHN C. HUESTON
10                                        DANIEL P. LEFLER
                                          LILLIE A. WERNER
11

12                                        By:   /s/   John C. Hueston
                                                JOHN C. HUESTON
13                                        1800 Avenue of the Stars, Suite 900
                                          Los Angeles, CA  90067
14                                        Telephone:  (310) 277-1010
                                          Facsimile:  (310) 203-7199
15                                        jhueston@irell.com
                                          dlefler@irell.com
16                                        lwerner@irell.com

17                                        Counsel for Nominal Defendant
                                          Allergan, Inc.
18

19

20

21

22

23

24

25

26

27

28

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional  Corporations

2337343

- 2 -

NOMINAL DEFENDANT ALLERGAN INC.'S
NOTICE OF MOTION AND MOTION TO
DISMISS