1  IRELL & MANELLA LLP
   John C. Hueston (164921)
2  jhueston@irell.com
   Daniel P. Lefler (151253)
3  dlefler@irell.com
   Lillie A. Werner (261250)
4  lwerner@irell.com
   1800 Avenue of the Stars, Suite 900
5  Los Angeles, California 90067-4276
   Telephone:   (310) 277-1010
6  Facsimile:   (310) 203-7199

7  Attorneys for Nominal Defendant Allergan, Inc.

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                    SOUTHERN DIVISION

11 | In re ALLERGAN, INC. SHAREHOLDER DERIVATIVE LITIGATION | Master File No. SACV10-01352-DOC (MLGx)
   | | **[PROPOSED] ORDER GRANTING NOMINAL DEFENDANT ALLERGAN, INC.'S MOTION TO DISMISS THE CONSOLIDATED COMPLAINT**
   | This Document Relates To: ALL ACTIONS | Date: February 28, 2011
   | | Time: 8:30 a.m.
   | | Ctrm: 9D
   | | Judge: Hon. David O. Carter

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2349150

[PROPOSED] ORDER GRANTING ALLERGAN, INC.'S MOTION TO DISMISS

Having considered Nominal Defendant Allergan, Inc.'s ("Allergan") Motion to Dismiss the Consolidated Complaint, and all papers filed in support thereof and in opposition thereto, and the arguments of counsel, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. Allergan's Motion to Dismiss the Consolidated Complaint is GRANTED pursuant to Rules 12(b)(6) and 23.1 of the Federal Rules of Civil Procedure, as well as Delaware Chancery Court Rule 23.1, for improper failure to make pre-suit demand on the Allergan Board of Directors prior to instituting this derivative action;

2. Plaintiffs' Consolidated Complaint is DISMISSED in its entirety.

IT IS SO ORDERED.

Dated: _____    _____
                                                           THE HONORABLE DAVID O. CARTER
                                                           UNITED STATES DISTRICT COURT

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2349150

[PROPOSED] ORDER GRANTING ALLERGAN, INC.'S MOTION TO DISMISS

- 1 -