IRELL & MANELLA LLP
John C. Hueston (164921)
jhueston@irell.com
Daniel P. Lefler (151253)
dlefler@irell.com
Lillie A. Werner (261250)
lwerner@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:   (310) 277-1010
Facsimile:   (310) 203-7199

Attorneys for Nominal Defendant Allergan, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| In re ALLERGAN, INC. SHAREHOLDER DERIVATIVE LITIGATION | Master File No. SACV10-01352-DOC (MLGx) |
| This Document Relates To: ALL ACTIONS | **NOMINAL DEFENDANT ALLERGAN, INC.'S NOTICE OF REQUEST AND REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO STAY AND MOTION TO DISMISS**<br><br>Date:  February 28, 2011<br>Time:  8:30 a.m.<br>Ctrm:  9D<br>Judge: Hon. David O. Carter |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

NOMINAL DEFENDANT ALLERGAN, INC.'S
NOTICE OF REQUEST & REQUEST FOR
JUDICIAL NOTICE

2343182

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE that nominal defendant Allergan, Inc. ("Allergan"), by and through its attorneys of record, hereby requests that the Court take judicial notice of the following documents attached as Exhibits to the Declaration of Lillie A. Werner:

| Exhibit | Description |
|---|---|
| 1 | Settlement Agreement between Allergan and the United States Department of Justice & United States Attorney's Office for the Northern District of Georgia, executed August 31, 2010 and attached as Exhibit 10.1 to Allergan's Securities and Exchange Commission ("SEC") Form 8-K, filed with the SEC on or about September 1, 2010; |
| 2 | Department of Justice Criminal Information against Allergan, filed September 1, 2010, in the United States District Court for the Northern District of Georgia; |
| 3 | United States Attorney's Office Government Memorandum in Support of Binding Plea and Sentencing Memorandum, filed October 4, 2010, in the United States District Court for the Northern District of Georgia; |
| 4 | Excerpts from Allergan's 2004 SEC Form 10-K, filed with the SEC on or about March 9, 2005; |
| 5 | Allergan Amended and Restated Certificate of Incorporation, filed April 30, 2010 & attached as Exhibit 3.1 to Allergan's SEC Form 10-Q for the First Quarter of 2010, filed with the SEC on or about May 7, 2010; |
| 6 | Excerpts from Allergan's SEC Form 8-K & Attached Exhibit 99.1, Allergan November 1, 2010, News Release, filed with the SEC on or about November 1, 2010; |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2343182

- 1 -

NOMINAL DEFENDANT ALLERGAN, INC.'S
NOTICE OF REQUEST & REQUEST FOR
JUDICIAL NOTICE

1  7  First Amended Derivative Complaint in *Louisiana Municipal Police Employees' Retirement System v. Pyott et al.*, Civil Action No. 5795-VCL, filed in Delaware Chancery Court on October 11, 2010.

Notice is requested on the bases set forth in the attached Memorandum of Points and Authorities pursuant to Federal Rule of Evidence 201 and supporting case law.

DATED:  December 8, 2010

IRELL & MANELLA LLP
JOHN C. HUESTON
DANIEL P. LEFLER
LILLIE A. WERNER

By:  /s/   John C. Hueston
JOHN C. HUESTON
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067
Telephone:  (310) 277-1010
Facsimile:  (310) 203-7199
jhueston@irell.com
dlefler@irell.com
lwerner@irell.com

Counsel for Nominal Defendant Allergan, Inc.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2343182

- 2 -

NOMINAL DEFENDANT ALLERGAN, INC.'S
NOTICE OF REQUEST & REQUEST FOR
JUDICIAL NOTICE

## **MEMORANDUM OF POINTS AND AUTHORITIES**

Documents referenced in Plaintiffs' pleadings and publicly available documents are appropriate subjects for judicial notice. Federal Rule of Evidence 201(b)(2) enables courts to take judicial notice of facts that are "not subject to reasonable dispute" because they are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). Matters subject to judicial notice can be considered "on a motion to dismiss without converting the motion to dismiss into a motion for summary judgment." *Lee v. City of L.A.*, 250 F.3d 668, 688 (9th Cir. 2001).

Because the exhibits attached to the Declaration of Lillie A. Werner as Exhibits 1-7 are referenced in the Consolidated Complaint or are matters of public record whose authenticity cannot reasonably be disputed, the Court should take judicial notice of the documents.

### **A.    Judicial Notice Is Proper for Documents Referenced in the Consolidated Complaint**

On a motion to dismiss, it is well-established the Court may consider any document referenced in the complaint. In re *Silicon Graphics Inc. Sec. Litig.*, 183 F.3d 970, 986 (9th Cir. 1999), *abrogation on other grounds recognized by Gebhart v. SEC*, 595 F.3d 1034 (9th Cir. 2010) (holding that district courts may "consider documents 'whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the [plaintiff's] pleading.'") (internal citation omitted). Judicial notice of these documents is appropriate under the "incorporation by reference theory." In re *Hansen Natural Corp. Sec. Litig.*, 527 F. Supp. 2d 1142, 1149 n.2 (C.D. Cal. 2007) (taking judicial notice of documents referenced in the complaint).

Under the incorporation by reference theory, the Court may take notice of documents referenced in the Consolidated Complaint, including Exhibit 1, the August 31, 2010 Settlement Agreement between Allergan and the United States

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2343182

- 3 -

NOMINAL DEFENDANT ALLERGAN, INC.'S
NOTICE OF REQUEST & REQUEST FOR
JUDICIAL NOTICE

1  Department of Justice (*E.g.*, Consolidated Compl. ¶¶ 11-12); Exhibit 2, the
2  September 1, 2010 Department of Justice Criminal Information against Allergan
3  (*E.g.*, *id.* ¶ 14); Exhibit 3, the United States Attorney's Office October 4, 2010
4  Government Memorandum in Support of Binding Plea and Sentencing
5  Memorandum (*E.g.*, *id.* ¶¶ 81-84); and Exhibit 4, excerpts from Allergan's 2004
6  SEC Form 10-K.  (*E.g.*, *id.* ¶ 111.)

7  **B.   Judicial Notice Is Proper for Public Records like SEC Filings and**
8  **Court Filings**

9  Courts may take judicial notice of public records where the documents'
10 accuracy is not in question.  As a result, courts routinely take judicial notice of
11 statements contained in public filings with the SEC, regardless of whether they are
12 referenced in a complaint.  *See, e.g.*, *Plevy v. Haggerty*, 38 F. Supp. 2d 816, 820-21
13 (C.D. Cal. 1998) (taking judicial notice of various SEC filings for purposes of a
14 motion to dismiss because they are public documents "whose accuracy cannot
15 reasonably be questioned"); In re *Hansen*, 527 F. Supp. 2d at 1149 n.2 (taking
16 judicial notice of SEC filings not referenced in and filed after complaint); *Yuen v.*
17 *U.S. Stock Transfer Co.*, 966 F. Supp. 944, 945 n.1 (C.D. Cal. 1997) ("A district
18 court may take judicial notice of the contents of relevant public disclosure
19 documents required to be filed with the SEC as facts capable of accurate and ready
20 determination by resort to sources whose accuracy cannot reasonably be
21 questioned.") (internal quotation marks & citation omitted).
22 Here, the Court may take judicial notice of Allergan's public SEC filings,
23 including:  Exhibit 1, the August 31, 2010 Settlement Agreement between Allergan
24 and the United States Department of Justice, filed as Exhibit 10.1 to Allergan's SEC
25 Form 8-K, filed September 1, 2010; Exhibit 4, excerpts from Allergan's 2004 SEC
26 Form 10-K; Exhibit 5, Allergan's Amended and Restated Certificate of
27 Incorporation, filed as Exhibit 3.1 to Allergan's SEC Form 10-Q for the First
28 Quarter of 2010, filed May 7, 2010; and Exhibit 6, excerpts from Allergan's

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2343182                                          - 4 -

NOMINAL DEFENDANT ALLERGAN, INC.'S
NOTICE OF REQUEST & REQUEST FOR
JUDICIAL NOTICE

1 November 1, 2010 SEC Form 8-K and its attached Exhibit 99.1, Allergan November 1, 2010 News Release.  The Court may also take judicial notice of Allergan's certificate of incorporation, filed with the SEC on May 7, 2010 and attached as part of Exhibit 5, as a public record in and of itself.  *See, e.g.*, *Jones ex rel. CSK Auto Corp. v. Jenkins*, 503 F. Supp. 2d 1325, 1340 & n.6 (D. Ariz. 2007) (taking judicial notice of Delaware certificate of incorporation as a matter of public record).

In addition, the Court "may take judicial notice of court filings, as they are matters of public record." *Baca ex rel. Nominal Defendant Insight Enters., Inc. v. Crown*, No. 09-1283, 2010 WL 2812712, at *2 (D. Ariz. July 12, 2010); *see also Yuen*, 966 F. Supp. at 945 n.1 ("The Court may also take judicial notice of pleadings, orders, and statutes from other jurisdictions if the documents are public records and capable of accurate and ready confirmation by sources that cannot reasonably be questioned.").  Consequently, it is well-established that a court "may take judicial notice of state court filings that are related to the litigation before the court." *Strauss v. Sheffield Ins. Corp.*, No. 05CV1310-H, 2006 WL 6158774, at *3 (S.D. Cal. Aug. 23, 2006) (taking judicial notice of dockets from related actions in Delaware and New York); *see also Meredith v. Oregon*, 321 F.3d 807, 817 n.10 (9th Cir. 2003) (taking judicial notice of a filing in a related ongoing state proceeding); *Howard v. Runnels*, No. 05-500, 2006 WL 708608, at *1 (N.D. Cal. Mar. 17, 2006) ("[J]udicially noticeable facts include the records of state courts.").  As such, notice is also appropriate for Exhibit 7, the public Delaware Chancery Court filing in *Louisiana Municipal Police Employees' Retirement System v. Pyott et al.*, Civil Action No. 5795-VCL.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2343182

- 5 -

NOMINAL DEFENDANT ALLERGAN, INC.'S
NOTICE OF REQUEST & REQUEST FOR
JUDICIAL NOTICE

## **CONCLUSION**

For the foregoing reasons, Allergan respectfully requests that the Court grant Allergan's Request for Judicial Notice.

DATED: December 8, 2010

IRELL & MANELLA LLP
JOHN C. HUESTON
DANIEL P. LEFLER
LILLIE A. WERNER

By: /s/  John C. Hueston
JOHN C. HUESTON
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
jhueston@irell.com
dlefler@irell.com
lwerner@irell.com

Counsel for Nominal Defendant Allergan, Inc.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2343182

- 6 -

NOMINAL DEFENDANT ALLERGAN, INC.'S
NOTICE OF REQUEST & REQUEST FOR
JUDICIAL NOTICE