ROBBINS GELLER RUDMAN
  & DOWD LLP
TRAVIS E. DOWNS III (148274)
DAVID W. MITCHELL (199706)
BENNY C. GOODMAN III (211302)
BRIAN O'MARA (229737)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
travisd@rgrdlaw.com
davidm@rgrdlaw.com
bennyg@rgrdlaw.com
bomara@rgrdlaw.com

ROBBINS UMEDA LLP
BRIAN J. ROBBINS (190264)
FELIPE J. ARROYO (163803)
ARSHAN AMIRI (246874)
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: 619/525-3990
619/525-3991 (fax)
brobbins@robbinsumeda.com
farroyo@robbinsumeda.com
aamiri@robbinsumeda.com

THE WEISER LAW FIRM, P.C.
KATHLEEN A. HERKENHOFF (168562)
12707 High Bluff Drive, Suite 200
San Diego, CA 92130
Telephone: 858/794-1441
858/794-1450 (fax)
kah@weiserlawfirm.com

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| In re ALLERGAN, INC. SHAREHOLDER DERIVATIVE ACTION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. SACV-10-01352-DOC(MLGx)<br><br>PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS<br><br>DATE: February 28, 2011<br>TIME: 8:30 a.m.<br>COURTROOM: The Honorable David O. Carter |

593755_1

Pursuant to Federal Rule of Evidence 201, plaintiffs Willa Rosenbloom, Daniel Himmel, Pompano Beach Police & Firefighters' Retirement System and Western Washington Laborers-Employers Pension Trust (collectively, "plaintiffs") respectfully request that the Court take judicial notice of the following documents in support of their concurrently filed Omnibus Opposition to Defendants' Motions to Dismiss:

Exhibit A: September 10, 2002 *Los Angeles Times* article entitled "FDA Wants Allergan to Pull Botox Ads and Brochures";

Exhibit B: June 25, 2003 *Los Angeles Times* article entitled "Allergan Is Warned on Botox Ads";

Exhibit C: March 20, 2008 Allergan, Inc. Schedule 14A Proxy Statement;

Exhibit D: March 19, 2009 Allergan, Inc. Schedule 14A Proxy Statement;

Exhibit E: March 12, 2010 Allergan, Inc. Schedule 14A Proxy Statement;

Exhibit F: Allergan, Inc. Code of Business Conduct and Ethics;

Exhibit G: September 12, 2002 Allergan, Inc. press release entitled "Allergan Comments on FDA Letter";

Exhibit H: September 5, 2001 *Los Angeles Times* article entitled "FDA Warns Allergan About Claims";

Exhibit I: September 5, 2002 FDA warning letter to Allergan, Inc.;

Exhibit J: August 25, 2009 *Zach's Investment Research* article entitled "Allergan Receives FDA Warning";

Exhibit K: August 24, 2009 article entitled "FDA warns Allergan about misleading advertisements"; and

Exhibit L: March 3, 2008 Allergan, Inc. Form 8-K with attached press release entitled "Allergan Comments on the United States Department of Justice Subpoena for the Production of Documents Relating to Promotional Practices of Botox® for Therapeutic Uses."

- 1 -

593755_1

Federal Rule of Evidence 201 authorizes judicial notice of facts "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). The above-referenced documents are relevant to a determination of the matter presently before the Court and are of the type that courts routinely judicially notice in deciding motions to dismiss securities class actions. *See Van Woudenberg v. Gibson*, 211 F.3d 560, 568 (10th Cir. 2000) ("[A] court is permitted to take judicial notice of . . . facts which are a matter of public record.").

In ruling on motions to dismiss in securities cases, "courts must consider the complaint in its entirety, as well as other sources courts ordinarily examine when ruling on Rule 12(b)(6) motions to dismiss, in particular, documents incorporated into the complaint by reference, and matters of which a court may take judicial notice." *Tellabs, Inc. v. Makor Issues & Rights Ltd.*, 551 U.S. 308, 322, 127 S. Ct. 2499, 168 L. Ed. 2d 179 (2007). It is well established that courts have the authority to take judicial notice of documents that are referenced in the complaint and are publicly available. *GFF Corp. v. Associated Wholesale Grocers*, 130 F.3d 1381, 1384 (10th Cir. 1997) (finding it proper to consider on a motion to dismiss documents not attached to plaintiff's complaint but "referred to in the complaint and . . . central to the plaintiff's claim"); *see also In re Ditech Commc'ns Corp. Sec. Litig.*, No. C 05-02406, 2006 WL 2319784, at *5 (N.D. Cal. Aug. 10, 2006) (taking judicial notice of press releases, SEC filings, conference call transcripts and historical stock prices, all of which are referenced in the complaint); *In re Silicon Graphics, Inc. Sec. Litig.*, No. C 96-0393, 1996 WL 664639, at *3 (N.D. Cal. Sept, 25, 1996). As such, the news articles from the *Los Angeles Times* and other sources, Allergen's SEC filings and press releases, the Code of Ethics published on Allergan's website, and the FDA warning letter attached hereto, are also properly the subject of judicial notice.

|   |   |   |
|---|---|---|
| 1 | For these reasons, plaintiffs respectfully request that the Court take judicial | |
| 2 | notice of the attached documents submitted in support of their contemporaneously | |
| 3 | filed Omnibus Opposition to Defendants' Motions to Dismiss. | |

DATED: January 18, 2011                    ROBBINS GELLER RUDMAN
                                                      & DOWD LLP
                                                     AELISH M. BAIG

                                                             s/ AELISH M. BAIG
                                                               AELISH M. BAIG

                                                    Post Montgomery Center
                                                   One Montgomery Street, Suite 1800
                                                   San Francisco, CA  94104
                                                   Telephone:  415/288-4545
                                                   415/288-4534 (fax)

                                                   ROBBINS GELLER RUDMAN
                                                     & DOWD LLP
                                                   DARREN J. ROBBINS
                                                   TRAVIS E. DOWNS III
                                                   DAVID W. MITCHELL
                                                   BENNY C. GOODMAN III
                                                   BRIAN O. O'MARA
                                                   655 West Broadway, Suite 1900
                                                   San Diego, CA  92101
                                                   Telephone:  619/231-1058
                                                   619/231-7423 (fax)

                                                   ROBBINS UMEDA LLP
                                                   BRIAN J. ROBBINS
                                                   FELIPE J. ARROYO
                                                   ARSHAN AMIRI
                                                   600 B Street, Suite 1900
                                                   San Diego, CA  92101
                                                   Telephone:  619/525-3990
                                                   619/525-3991 (fax)

                                                   THE WEISER LAW FIRM, P.C.
                                                   KATHLEEN A. HERKENHOFF
                                                   12707 High Bluff Drive, Suite 200
                                                   San Diego, CA  92130
                                                   Telephone:  858/794-1441
                                                   858/794-1450 (fax)

593755_1

| | |
|---|---|
| 1 | |
| 2 | THE WEISER LAW FIRM, P.C. |
|   | ROBERT B. WEISER |
|   | BRETT D. STECKER |
| 3 | JEFFREY J. CIARLANTO |
|   | 121 N. Wayne Avenue, Suite 100 |
| 4 | Wayne, PA  19087 |
|   | Telephone:  610/225-2677 |
| 5 | 610/225-2678 (fax) |
| 6 | Co-Lead Counsel for Plaintiffs |

- 4 -

593755_1

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 18, 2011.

 s/ AELISH M. BAIG
AELISH M. BAIG

ROBBINS GELLER RUDMAN
    & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:       aelishb@rgrdlaw.com

593755_1

# Mailing Information for a Case 8:10-cv-01352-DOC -MLG

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Arshan Amiri**
  aamiri@ruflaw.com

- **Felipe J Arroyo**
  farroyo@robbinsumeda.com,notice@robbinsumeda.com,mozaki@robbinsumeda.com

- **Aelish M Baig**
  aelishb@rgrdlaw.com

- **Kristopher Price Diulio**
  kdiulio@gibsondunn.com,dfkennedy@gibsondunn.com,crussell@gibsondunn.com

- **Rusty E. Glenn**
  rusty@shumanlawfirm.com

- **Kathleen Ann Herkenhoff**
  kah@weiserlawfirm.com

- **John C Hueston**
  jhueston@irell.com,lhiles@irell.com

- **Daniel P Lefler**
  dlefler@irell.com

- **Brian Oliver O'Mara**
  bomara@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Brian J Robbins**
  notice@robbinsumeda.com

- **Kip B Shuman**
  kip@shumanlawfirm.com

- **Wayne W Smith**
  wsmith@gibsondunn.com,dfkennedy@gibsondunn.com

- **Robert B Weiser**
  rw@weiserlawfirm.com

- **Lillie A Werner**
  lwerner@irell.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Jeffrey J. Ciarlanto**
The Weiser Law Firm  PC
121 North Wayne Ave  Suite 100
Wayne, PA 19087

**Debra S Goodman**
Law Office of Debra S Goodman PC
1301 Skippack Pike  Suite 7A - 133
Blue Bell, PA 19422

**Brett Steckler**
The Weiser Law Firm PC
121 North Wayne Avenue
Suite 100
Wayne, PA 19087

7

8