ROBBINS GELLER RUDMAN
  & DOWD LLP
TRAVIS E. DOWNS III (148274)
DAVID W. MITCHELL (199706)
BENNY C. GOODMAN III (211302)
BRIAN O'MARA (229737)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
travisd@rgrdlaw.com
davidm@rgrdlaw.com
bennyg@rgrdlaw.com
bomara@rgrdlaw.com

ROBBINS UMEDA LLP
BRIAN J. ROBBINS (190264)
FELIPE J. ARROYO (163803)
ARSHAN AMIRI (246874)
600 B Street, Suite 1900
San Diego, CA  92101
Telephone:  619/525-3990
619/525-3991 (fax)
brobbins@robbinsumeda.com
farroyo@robbinsumeda.com
aamiri@robbinsumeda.com

THE WEISER LAW FIRM, P.C.
KATHLEEN A. HERKENHOFF (168562)
12707 High Bluff Drive, Suite 200
San Diego, CA  92130
Telephone:  858/794-1441
858/794-1450 (fax)
kah@weiserlawfirm.com

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| In re ALLERGAN, INC. SHAREHOLDER DERIVATIVE ACTION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. SACV-10-01352-DOC(MLGx)<br><br>PLAINTIFFS' RESPONSE TO ALLERGAN, INC.'S NOTICE OF TRANSCRIPT FOR THE HEARING ON MOTION TO INTERVENE FILED IN THE DELAWARE ACTION |

610160_1

On January 27, 2011, Allergan, Inc. ("Allergan" or the "Company") filed with this Court the January 21, 2011 transcript of a hearing in a derivative action, *Louisiana Municipal Police Employees' Retirement System v. Pyott, et al.*, No. 5795-VCL (Del. Ch.) (hereinafter referred to as the "Delaware Action"), which was filed on behalf of nominal defendant Allergan in the Delaware Chancery Court on September 3, 2010. Dkt. No. 58. Defendants' submission was accompanied by a memorandum addressing the recent authority. *Id*. Plaintiffs had intended to address Allergan's submission at the upcoming hearing; however, in light of the Court's February 22, 2011 order vacating the February 28, 2011 hearing (Dkt. No. 63), plaintiffs herein provide a short response to defendants' January 27, 2011 submission.

The Delaware Action alleges state law claims for breach of fiduciary duty and corporate waste concerning Allergan's complicity in the violation of federal regulations pertaining to its promotion of Botox. During the January 21, 2011 hearing, the Delaware Chancery Court addressed a motion to intervene, as well as defendants' motion to dismiss, by essentially staying the Delaware Action and vacating the motion to dismiss argument pending the resolution of the intervenor's books and records inspection demand pursuant to §220 of the Delaware Corporations Code. Transcript at 56:22-23 ("I am taking the motion to dismiss argument off the calendar."). The court did not set a new date for the motion to dismiss argument to be heard.

The Delaware Chancery Court also denied without prejudice the motion to intervene, ordering the intervening plaintiff to review the documents received pursuant to its §220 inspection demand, have a dialogue with the corporation about the production, and then, if necessary, file a §220 action to resolve any disputes regarding the production. Transcript at 55:20-56:14. The court anticipated that it would take 60 to 90 days to complete this process. *Id*. at 56:14. The court further ordered that the intervenor then decide whether or not to file a renewed motion to intervene and, if so, to file a complaint along with it. *Id*. at 56:23-57:3 ("There will

- 1 -

610160_1

1  not be an argument on the motion to dismiss until after the 220 process is over, on the
2  schedule that I'm indicating, and the intervenor has an opportunity to decide whether
3  to make a further motion to intervene."). The court also noted it would then have to
4  resolve any consolidation issues that arise, (*id.* at 58:4-6), and defendants would
5  subsequently have to file renewed motions to dismiss. Accordingly, this ruling is
6  likely to cause significant delay to the Delaware Action.

7  This recent development in the Delaware Action lends further support to
8  plaintiffs' Opposition to Nominal Defendant Allergan, Inc.'s Motion to Stay Judicial
9  Proceedings ("Pltfs' Opp. to Defs' Motion to Stay"), filed in this Court on January 18,
10 2011. Dkt. No. 57. There is no basis for staying this federal action in California
11 pending the resolution of a state action in Delaware – which is itself effectively
12 stayed. Indeed, such a course of action would likely undermine the very "just, speedy,
13 and inexpensive determination" of actions contemplated by Rule 1 of the Federal
14 Rules of Civil Procedure and ultimately prejudice the Company's right to a timely
15 adjudication of its claims. With respect to the California proceedings, the Delaware
16 Chancery Court expressly stated, "I'm not in a race with California," and "I defer to
17 the federal judge out there." Transcript at 58:8-10. Accordingly, for the reasons set
18 forth herein, and in Pltfs' Opp. to Defs' Motion to Stay, plaintiffs herein request that
19 this Court deny defendants' requested stay of the California federal action pending the
20 resolution of the (effectively stayed) Delaware state case. Instead, this case should be
21 permitted to proceed toward a speedy and efficient resolution.

22 DATED:  February 25, 2011              Respectfully submitted,

23                                        ROBBINS GELLER RUDMAN
                                            & DOWD LLP
24                                        AELISH M. BAIG

25

26                                            /s/ Aelish M. Baig
                                          AELISH M. BAIG
27

28

```
 1
 2        Post Montgomery Center
          One Montgomery Street, Suite 1800
 3        San Francisco, CA  94104
          Telephone:  415/288-4545
 4        415/288-4534 (fax)

 5        ROBBINS GELLER RUDMAN
            & DOWD LLP
 6        DARREN J. ROBBINS
          TRAVIS E. DOWNS III
 7        DAVID W. MITCHELL
          BENNY C. GOODMAN III
 8        BRIAN O. O'MARA
          655 West Broadway, Suite 1900
 9        San Diego, CA  92101
          Telephone:  619/231-1058
10        619/231-7423 (fax)

11        ROBBINS UMEDA LLP
          BRIAN J. ROBBINS
12        FELIPE J. ARROYO
          ARSHAN AMIRI
13        600 B Street, Suite 1900
          San Diego, CA  92101
14        Telephone:  619/525-3990
          619/525-3991 (fax)
15
          THE WEISER LAW FIRM, P.C.
16        KATHLEEN A. HERKENHOFF
          12707 High Bluff Drive, Suite 200
17        San Diego, CA  92130
          Telephone:  858/794-1441
18        858/794-1450 (fax)

19        THE WEISER LAW FIRM, P.C.
          ROBERT B. WEISER
20        BRETT D. STECKER
          JEFFREY J. CIARLANTO
21        121 N. Wayne Avenue, Suite 100
          Wayne, PA  19087
22        Telephone:  610/225-2677
          610/225-2678 (fax)
23
          Co-Lead Counsel for Plaintiffs
24
25
26
27
28
```

610160_1

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 25, 2011.

   /s/ Aelish M. Baig
AELISH M. BAIG

ROBBINS GELLER RUDMAN
   & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:      aelishb@rgrdlaw.com

- 4 -

610160_1

# Mailing Information for a Case 8:10-cv-01352-DOC -MLG

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Arshan Amiri**
  aamiri@ruflaw.com

- **Felipe J Arroyo**
  farroyo@robbinsumeda.com,notice@robbinsumeda.com,mozaki@robbinsumeda.com

- **Aelish M Baig**
  aelishb@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Kristopher Price Diulio**
  kdiulio@gibsondunn.com,dfkennedy@gibsondunn.com,crussell@gibsondunn.com

- **Rusty E. Glenn**
  rusty@shumanlawfirm.com

- **Kathleen Ann Herkenhoff**
  kah@weiserlawfirm.com

- **John C Hueston**
  jhueston@irell.com,lhiles@irell.com

- **Daniel P Lefler**
  dlefler@irell.com

- **Brian Oliver O'Mara**
  bomara@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Brian J Robbins**
  notice@robbinsumeda.com

- **Kip B Shuman**
  kip@shumanlawfirm.com

- **Wayne W Smith**
  wsmith@gibsondunn.com,dfkennedy@gibsondunn.com

- **Robert B Weiser**
  rw@weiserlawfirm.com

- **Lillie A Werner**
  lwerner@irell.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Jeffrey J. Ciarlanto**
The Weiser Law Firm  PC
121 North Wayne Ave   Suite 100
Wayne, PA 19087

**Debra S Goodman**
Law Office of Debra S Goodman PC
1301 Skippack Pike   Suite 7A - 133
Blue Bell, PA 19422

**Brett Steckler**
The Weiser Law Firm PC
121 North Wayne Avenue
Suite 100
Wayne, PA 19087