1  IRELL & MANELLA LLP
   John C. Hueston (164921)
2  jhueston@irell.com
   Daniel P. Lefler (151253)
3  dlefler@irell.com
   Lillie A. Werner (261250)
4  lwerner@irell.com
   1800 Avenue of the Stars, Suite 900
5  Los Angeles, California 90067-4276
   Telephone:  (310) 277-1010
6  Facsimile:  (310) 203-7199

7  Attorneys for Nominal
   Defendant Allergan, Inc.
8
                UNITED STATES DISTRICT COURT
9
                CENTRAL DISTRICT OF CALIFORNIA
10
                     SOUTHERN DIVISION
11

| | |
|---|---|
| In re ALLERGAN, INC. SHAREHOLDER DERIVATIVE LITIGATION | Master File No. SACV10-01352-DOC (MLGx) |
| This Document Relates To:<br><br>ALL ACTIONS | **DECLARATION OF LILLIE A. WERNER IN SUPPORT OF NOMINAL DEFENDANT ALLERGAN, INC.'S MOTION FOR A PARTIAL STAY**<br><br>Date:   May 2, 2011<br>Time:   8:30 a.m.<br>Ctrm:   9D<br>Judge:  Hon. David O. Carter |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2397265

DECLARATION OF LILLIE A. WERNER

# DECLARATION OF LILLIE A. WERNER

I, Lillie A. Werner, declare as follows:

1. I am an attorney admitted to practice in the Central District of California. I am an associate at Irell & Manella LLP, counsel of record for nominal defendant Allergan, Inc. ("Allergan") in this action. This declaration is submitted in support of Allergan's Motion for a Partial Stay. I have personal knowledge of the facts set forth herein and, if called to testify, I could and would testify competently thereto.

2. The Delaware Chancery Court action, *Louisiana Municipal Police Employees' Retirement System v. Pyott et al.*, Civil Action No. 5795-VCL, was originally filed on September 3, 2010, and the First Amended Complaint was filed on October 11, 2010. Defendants in that action responded to the amended Complaint on October 25, 2010.

3. A separate shareholder, U.F.C.W. Fund ("UFCW") issued a Section 220 books-and-records demand upon the Board of Directors on November 3, 2010. Allergan issued a response to the request on November 15, 2010. On November 30, 2010, UFCW moved to intervene in *Louisiana Municipal Police Employees' Retirement System v. Pyott et al.* On January 21, 2011, the Delaware Chancery Court denied the motion to intervene and on February 28, 2011, UFCW filed a complaint in the Delaware Chancery Court.

4. On March 14, 2011, I contacted Brian O'Mara of Robbins Geller Rudman & Dowd LLP to conduct a conference of counsel pursuant to L.R. 7-3. The parties conferred in good faith about the Motion for a Partial Stay, and we were unable to resolve any substantive issues.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2397265

DECLARATION OF LILLIE A. WERNER

- 1 -

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on March 24, 2011, in Los Angeles, California.

IRELL & MANELLA LLP
LILLIE A. WERNER


By:   /s/  Lillie A. Werner
          LILLIE A. WERNER
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067
Telephone:  (310) 277-1010
Facsimile:  (310) 203-7199
lwerner@irell.com

Counsel for Nominal Defendant Allergan, Inc.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2397265

DECLARATION OF LILLIE A. WERNER

- 2 -