1   ROBBINS UMEDA LLP
    BRIAN J. ROBBINS
2   FELIPE J. ARROYO
    SHANE P. SANDERS
3   600 B Street, Suite 1900
    San Diego, CA 92010
4   Telephone: (619) 525-3990
    Facsimile: (619) 525-3991
5   brobbins@robbinsumeda.com
    farroyo@robbinsumeda.com
6   ssanders@robbinsumeda.com

7   Co-Lead Counsel for Plaintiffs

8

9                  UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA
10                        SOUTHERN DIVISION

11  In re ALLERGAN, INC.              )   Master File No. SACV10-01352-
    SHAREHOLDER DERIVATIVE            )   DOC (MLGx)
12  LITIGATION                        )
                                      )   DECLARATION OF SHANE P.
13                                    )   SANDERS IN SUPPORT OF
                                      )   OPPOSITION TO NOMINAL
14  ─────────────────────────────    )   DEFENDANT ALLERGAN,
                                      )   INC.'S MOTION FOR A
15  This Document Relates To:         )   PARTIAL STAY
                                      )
16  ALL ACTIONS                       )
                                      )   Judge: Honorable David O. Carter
17                                    )   Date Action Filed: Sept. 17, 2010
                                      )
18                                    )   Hearing Date: May 2, 2011
                                      )   Time: 8:30 a.m.
19  ─────────────────────────────    )   Courtroom: 9D

20

21

22

23

24

25

26

27

28

─────────────────────────────────────────────────────────────
DECLARATION OF SHANE P. SANDERS IN SUPPORT OF OPPOSITION TO NOMINAL DEFENDANT
ALLERGAN, INC.'S MOTION FOR A PARTIAL OF STAY

I, Shane P. Sanders, declare as follows:

1.    I am an attorney duly licensed to practice before all of the courts of the State of California.  I am an associate with the law firm Robbins Umeda LLP ("Robbins Umeda" or the "Firm"), co-lead counsel for plaintiffs in the above-entitled action.  I submit this Declaration of Shane P. Sanders in Support of Opposition to Nominal Defendant Allergan, Inc.'s Motion for a Partial Stay.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    I attach a true and correct copy of the Verified Amended Derivative Complaint, *Louisiana Municipal Police Employees' Retirement System ("LAMPERS"). v. Pyott*, No. 5795-VCL (Del. Ch. filed on Oct. 11, 2010) as Exhibit A.

3.    I attach a true and correct copy of Transcript of Argument and Ruling On Motion to Intervene, *LAMPERS. v. Pyott*, No. 5795-VCL (Del. Ch. filed on Feb. 14, 2011) as Exhibit B.

4.    I attach a true and correct copy of Verified Derivative Complaint, *LAMPERS v. Pyott*, No. 5795-VCL (Del. Ch. filed on Sept. 3, 2010) as Exhibit C.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 11th day of April, 2011, at San Diego, California.

/s/ Shane P. Sanders
SHANE P. SANDERS

ROBBINS UMEDA LLP
600 B Street, Suite 1900
San Diego, CA 92010
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
ssanders@robbinsumeda.com

- 1 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I hereby certify that I caused the foregoing to be mailed on April 11, 2011, to the non-CM/ECF participants indicated on the attached service list via the U. S. Mail in a sealed envelope with postage thereon fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 11, 2011, at San Diego, California.

/s/Brian J. Robbins
BRIAN J. ROBBINS

ROBBINS UMEDA LLP
600 B Street, Suite 1900
San Diego, CA 92010
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

E-mail: brobbins@robbinsumeda.com

- 2 -

DECLARATION OF SHANE P. SANDERS IN SUPPORT OF OPPOSITION TO NOMINAL DEFENDANT ALLERGAN, INC.'S MOTION FOR A PARTIAL OF STAY

Non-CM/ECF Service List

*In re Allergan, Inc. S'holder Derivative Litig.*,
Master File No. SACV10-01352-DOC (MLGx)

| | |
|---|---|
| THE WEISER LAW FIRM, P.C.<br>JEFFREY CIARLANTO<br>121 North Wayne Avenue, Suite 100<br>Wayne, PA 19087<br>Telephone: (610) 225-2616<br>Facsimile: (610) 225-2678 | THE WEISER LAW FIRM, P.C.<br>KATHLEEN A. HERKENHOFF<br>BRETT STECKLER<br>12707 High Bluff Drive, Suite 200<br>San Diego, CA 92130<br>Telephone: (858) 794-1441<br>Facsimile: (858) 794-1450 |

LAW OFFICE OF DEBRA S.
  GOODMAN P.C.
DEBRA S. GOODMAN
1301 Skippack Pike, Suite 7A #133
Blue Bell, PA 19422
Telephone: (610) 277-6057
Facsimile: (484) 231-1922

- 3 -