ROBBINS GELLER RUDMAN
  & DOWD LLP
TRAVIS E. DOWNS III (148274)
DAVID W. MITCHELL (199706)
BENNY C. GOODMAN III (211302)
BRIAN O'MARA (229737)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
travisd@rgrdlaw.com
davidm@rgrdlaw.com
bennyg@rgrdlaw.com
bomara@rgrdlaw.com

ROBBINS UMEDA LLP
BRIAN J. ROBBINS (190264)
FELIPE J. ARROYO (163803)
ARSHAN AMIRI (246874)
600 B Street, Suite 1900
San Diego, CA  92101
Telephone:  619/525-3990
619/525-3991 (fax)
brobbins@robbinsumeda.com
farroyo@robbinsumeda.com
aamiri@robbinsumeda.com

THE WEISER LAW FIRM, P.C.
KATHLEEN A. HERKENHOFF (168562)
12707 High Bluff Drive, Suite 200
San Diego, CA  92130
Telephone:  858/794-1441
858/794-1450 (fax)
kah@weiserlawfirm.com

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| In re ALLERGAN, INC. SHAREHOLDER DERIVATIVE ACTION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. SACV-10-01352-DOC(MLGx)<br><br>PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME FOR THE FILING OF THEIR FIRST AMENDED CONSOLIDATED COMPLAINT |

622633_1

Plaintiffs Willa Rosenbloom, Daniel Himmel, Pompano Beach Police & Firefighters' Retirement System and Western Washington Laborers-Employers Pension Trust (collectively, "plaintiffs"), by and through their undersigned attorneys, hereby respectfully submit this Unopposed Motion for Extension of Time for the filing of their amended complaint, and state as follows:

1. Plaintiffs filed their Verified Shareholder Derivative Consolidated Complaint for Violations of Federal Securities Laws, Violations of California Corporations Code, Breach of Fiduciary Duty, Waste of Corporate Assets, and Unjust Enrichment ("Consolidated Complaint") on November 1, 2010.

2. Defendants filed motions to dismiss on December 8, 2010.

3. After the motions were fully briefed, this Court issued its Order Granting Motions to Dismiss on April 12, 2011, also granting plaintiffs leave to amend their Consolidated Complaint by May 9, 2011.

4. Given the complex nature of this litigation, plaintiffs need an additional thirty (30) days, until June 8, 2011, to amend additional facts into the Consolidated Complaint consistent with the Court's April 12, 2011 Order; good cause therefore exists for an extension.

5. Plaintiffs' counsel Aelish M. Baig, communicated with defendants' counsel, Lillie A. Werner, regarding this motion and she stated defendants did not oppose it.

6. Therefore, plaintiffs request additional time, up to and including June 8, 2011, to file their First Amended Consolidated Complaint.

622633_1

1   WHEREFORE, plaintiffs respectfully request this Court grant an extension of time, up to and including June 8, 2011 for plaintiffs to file their First Amended Consolidated Complaint.

DATED:  May 4, 2011                    Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
AELISH M. BAIG

            s/ Aelish M. Baig
         AELISH M. BAIG

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
TRAVIS E. DOWNS III
DAVID W. MITCHELL
BENNY C. GOODMAN III
BRIAN O'MARA
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ROBBINS UMEDA LLP
BRIAN J. ROBBINS
FELIPE J. ARROYO
ARSHAN AMIRI
600 B Street, Suite 1900
San Diego, CA  92101
Telephone:  619/525-3990
619/525-3991 (fax)

THE WEISER LAW FIRM, P.C.
KATHLEEN A. HERKENHOFF
12707 High Bluff Drive, Suite 200
San Diego, CA  92130
Telephone:  858/794-1441
858/794-1450 (fax)

|    |    |
|----|----|
| 1  |    |
| 2  | THE WEISER LAW FIRM, P.C. |
| 3  | ROBERT B. WEISER |
|    | BRETT D. STECKER |
| 4  | JEFFREY J. CIARLANTO |
|    | 121 N. Wayne Avenue, Suite 100 |
| 5  | Wayne, PA  19087 |
|    | Telephone:  610/225-2677 |
| 6  | 610/225-2678 (fax) |
| 7  | Co-Lead Counsel for Plaintiffs |
| 8  |    |
| 9  |    |
| 10 |    |
| 11 |    |
| 12 |    |
| 13 |    |
| 14 |    |
| 15 |    |
| 16 |    |
| 17 |    |
| 18 |    |
| 19 |    |
| 20 |    |
| 21 |    |
| 22 |    |
| 23 |    |
| 24 |    |
| 25 |    |
| 26 |    |
| 27 |    |
| 28 |    |

622633_1

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 4, 2011.

s/ Aelish M. Baig
AELISH M. BAIG

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail: aelishb@rgrdlaw.com

622633_1

# Mailing Information for a Case 8:10-cv-01352-DOC -MLG

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Arshan Amiri**
  aamiri@ruflaw.com

- **Felipe J Arroyo**
  farroyo@robbinsumeda.com,notice@robbinsumeda.com,mozaki@robbinsumeda.com

- **Aelish M Baig**
  aelishb@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Kristopher Price Diulio**
  kdiulio@gibsondunn.com,dfkennedy@gibsondunn.com,crussell@gibsondunn.com

- **Rusty E. Glenn**
  rusty@shumanlawfirm.com

- **Kathleen Ann Herkenhoff**
  kah@weiserlawfirm.com

- **John C Hueston**
  jhueston@irell.com,lhiles@irell.com

- **Daniel P Lefler**
  dlefler@irell.com

- **Brian Oliver O'Mara**
  bomara@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Brian J Robbins**
  notice@robbinsumeda.com

- **Kip B Shuman**
  kip@shumanlawfirm.com

- **Wayne W Smith**
  wsmith@gibsondunn.com,dfkennedy@gibsondunn.com

- **Robert B Weiser**
  rw@weiserlawfirm.com

- **Lillie A Werner**
  lwerner@irell.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Jeffrey J. Ciarlanto**
The Weiser Law Firm  PC
121 North Wayne Ave   Suite 100
Wayne, PA 19087

**Debra S Goodman**
Law Office of Debra S Goodman PC
1301 Skippack Pike   Suite 7A – 133
Blue Bell, PA 19422

**Brett Steckler**
The Weiser Law Firm PC
121 North Wayne Avenue
Suite 100
Wayne, PA 19087