IRELL & MANELLA LLP
John C. Hueston (164921)
jhueston@irell.com
Daniel P. Lefler (151253)
dlefler@irell.com
Lillie A. Werner (261250)
lwerner@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:   (310) 277-1010
Facsimile:   (310) 203-7199

Attorneys for Nominal Defendant Allergan, Inc.

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| In re ALLERGAN, INC. SHAREHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Master File No. SACV10-01352-DOC (MLGx)<br><br>**ORDER REGARDING ALLERGAN, INC.'S PRODUCTION OF CONFIDENTIAL BOOKS AND RECORDS AND BRIEFING SCHEDULE** |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

ORDER REGARDING
CONFIDENTIAL PRODUCTION OF BOOKS
AND RECORDS & BRIEFING SCHEDULE

# **ORDER**

The Court, having read and considered the Stipulation dated June 3, 2011, and good cause appearing therefore, hereby enters the Stipulation as an Order of this Court. Specifically, the Court sets forth the following briefing schedule:

1. Within ten business days after the Court enters the [Proposed] Order, Allergan shall produce to the Plaintiffs the complete set of Company Information set forth in ¶1 above.

2. Within 30 days after the date of Allergan's certification of completion of production, Plaintiffs shall file and serve an Amended Complaint.

3. Within 30 days after the filing and service of Plaintiffs' Amended Complaint, Defendants shall file and serve their Answers or responsive pleadings to the Amended Complaint.

4. Should any Defendant(s) file a motion(s) to dismiss or other response permitted by the Federal Rules of Civil Procedure to the Amended Complaint, then Plaintiffs shall have 30 days to file and serve their opposition to the motion(s) to dismiss or other responsive pleading filed by Defendant(s).

5. Defendants shall have 21 days to file and serve their Replies to Plaintiffs' opposition to the motion(s) to dismiss or other responsive pleading filed by Defendant(s). A hearing on any motion to dismiss shall be set fourteen days after the due date of Plaintiffs' reply brief.

The Court orders any future production of Company Information pursuant to the Stipulation shall not constitute a waiver of any attorney-client privilege or work-product immunity by Nominal Defendant Allergan, Inc., pursuant to Federal Rule of Evidence Section 502(d).

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

ORDER REGARDING CONFIDENTIAL
PRODUCTION OF BOOKS
AND RECORDS & BRIEFING SCHEDULE

1  The Court also orders that the June 6, 2011 deadline for Plaintiffs' Amended
2  Complaint is vacated and the deadline to file and respond to Plaintiffs' Amended
3  Complaint shall be governed by this Stipulation.

**IT IS SO ORDERED.**

Dated: June 6, 2011

_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 2 -

ORDER REGARDING CONFIDENTIAL
PRODUCTION OF BOOKS AND RECORDS &
BRIEFING SCHEDULE