Name & Address:
Daniel P. Lefler (#151253)/ John C. Hueston (#164921)
Lillie A. Werner (#261250)
IRELL & MANELLA LLP
1800 Avenue of the Stars, #900
Los Angeles, CA 90067
Tel: (310) 277-1010; Fax: (310) 203-7199

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re ALLERGAN, INC. SHAREHOLDER DERIVATIVE ACTION<br>PLAINTIFF(S)<br>v.<br>This Document Relates to:<br>ALL ACTIONS<br>DEFENDANT(S). | CASE NUMBER:<br>SACV-10-01352-DOC(MLGx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

1. Nominal Defendant Allergan Inc.'s Motion to Dismiss the First Amended Complaint
2. Application to File Under Seal
3. [Proposed] Order Granting Application to File Under Seal

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☑ Per Court order dated June 6, 2011

☐ Manual Filing required (*reason*):

August 10, 2011
Date

s/ Lillie A. Werner
Attorney Name

Nominal Defendant Allergan, Inc.
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1800 Avenue of the Stars, Suite 900, Los Angeles, California 90067.

On August 10, 2011, the **NOTICE OF MANUAL FILING** paper was electronically filed with the Clerk of Court using the ECF system:

The ECF system will send notification of such filing to the following ECF participants:

**Arshan Amiri**
Robbins Umeda LLP
600 B Street Suite 1900
San Diego, CA 92101
619-525-3990
619-525-3991 (fax)
aamiri@ruflaw.com

**Felipe J. Arroyo**
Robbins Umeda LLP
600 B Street Suite 1900
San Diego, CA 92101
619-525-3990
619-525-3991 (fax)
farroyo@robbinsumeda.com
notice@robbinsumeda.com
mozaki@robbinsumeda.com

**Kristopher Price Diulio**
Gibson, Dunn and Crutcher
3161 Michelson Drive
Irvine, CA 92612-4412
949-451-3907
949-475-4630 (fax)
kdiulio@gibsondunn.com
dfkennedy@gibsondunn.com
crussell@gibsondunn.com

**Kathleen Ann Herkenhoff**
The Weiser Law Firm, P.C.
12707 High Bluff Drive, Suite 200
San Diego, CA 92130
858 794-1441
kah@weiserlawfirm.com

**Brian Oliver O'Mara**
Robbins Geller Rudman & Dowd LLP
655 West Broadway Suite 1900
San Diego, CA 92101-3301
619-231-1058
619-231-7423 (fax)
bomara@rgrdlaw.com

**Brian J. Robbins**
Robbins Umeda LLP
600 B Street Suite 1900
San Diego, CA 92101
619-525-3990
619-525-3991 (fax)
notice@robbinsumeda.com

**Robert B. Weiser**
The Weiser Law Firm P.C.
121 North Wayne Avenue Suite 100
Wayne, PA 19087
610-225-2677
610-225-2678 (fax)
rw@weiserlawfirm.com

I caused the foregoing documents to be served pursuant to the October 20, 2010 Stipulation Consolidating Actions, Appointing Lead Counsel And Setting Schedule For Filing Of Consolidated Complaint And Responses Thereto, (Dkt. # 36 ¶ 5), and the October 25, 2010 Order Consolidating Actions, Appointing Lead Counsel And Setting Schedule For Filing Of Consolidated Complaint And Responses Thereto, (Dkt. # 38 ¶ 5), by electronically mailing true and correct copies to the following non-CM/ECF participants through Irell & Manella LLP's electronic mail system to the e-mail addresses, as set forth below, and the transmission was reported as complete and no error was reported.

**Jeffrey J. Ciarlanto**
The Weiser Law Firm PC
121 North Wayne Ave Suite 100
Wayne, PA 19087
610-225-2677
610-225-2678 (fax)
jjc@weiserlawfirm.com

**Debra S. Goodman**
Law Office of Debra S. Goodman PC
1301 Skippack Pike Suite 7A - 133
Blue Bell, PA 19422
610-277-6057
484-231-1922 (fax)
dg@dsgoodmanlaw.com

**Brett Steckler**
The Weiser Law Firm PC
121 North Wayne Avenue
Suite 100
Wayne, PA 19087
610-225-2616
610-225-2678 (fax)
bds@weiserlawfirm.com

Executed on August 10, 2011, in Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

/s/ Lillie A. Werner
Lillie A. Werner