Name & Address:
Wayne W. Smith (# 54593), Jeffrey H. Reeves (# 156648)
Kristopher P. Diulio (# 229399)
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA  92612
Tel: 949.457.3800, Fax: 949.451.4220

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| In re ALLERGAN, INC. SHAREHOLDER DERIVATIVE LITIGATION | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | SACV-10-01352-DOC-(MLGx) |
| v. | |
| This Document Relates to: ALL ACTIONS | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

1. The Directors' Notice of Motion and Motion to Dismiss Plaintiffs' First Amended Complaint;
2. Exhibit C to the Directors' Request for Judicial Notice; 3. Exhibit S to the Directors' Request for Judicial Notice; 4. The Directors' Application to File Under Seal; and 5. [Proposed] Order Granting Application

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☑ Per Court order dated  June 6, 2011

☐ Manual Filing required (*reason*):

August 10, 2011                                    /s/ Wayne W. Smith
Date                                                         Attorney Name

                                                                Director Defendants
                                                                Party Represented

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                                    **NOTICE OF MANUAL FILING**

# CERTIFICATE OF SERVICE

I, Dena Kennedy, declare as follows:

I am employed in the County of Orange, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 3161 Michelson Drive, Irvine, California 92612-4412 in said County and State. On August 10, 2011, I served the following document(s):

## NOTICE OF MANUAL FILING

on the parties stated below, by placing a true copy thereof in an envelope addressed as shown below by the following means of service:

| | |
|---|---|
| **Arshan Amiri**<br>**Felipe J. Arroyo**<br>**Brian J. Robbins**<br>Robbins Umeda LLP<br>600 B Street, Suite 1900<br>San Diego, CA 92101<br>619-525-3990c<br>619-525-3991 (fax)<br>aamiri@ruflaw.com<br>farroyo@robbinsumeda.com<br>notice@robbinsumeda.com<br>mozaki@robbinsumeda.com | **Brian Oliver O'Mara**<br>Robbins Geller Rudman & Dowd LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101-3301<br>619-231-1058<br>619-231-7423 (fax)<br>bomara@rgrdlaw.com |
| **Robert B. Weiser**<br>**Brett Steckler**<br>**Jeffrey J. Ciarlanto**<br>The Weiser Law Firm P.C.<br>121 North Wayne Avenue Suite 100<br>Wayne, PA 19087<br>610-225-2677<br>610-225-2678fax)<br>rw@weiserlawfirm.com<br>bds@weiserlawfirm.com<br>jjc@weiserlawfirm.com | **Kathleen Ann Herkenhoff**<br>The Weiser Law Firm, P.C.<br>12707 High Bluff Drive, Suite 200<br>San Diego, CA 92130<br>858-794-1441<br>kah@weiserlawfirm.com |
| **Debra S. Goodman**<br>Law Office of Debra S. Goodman PC<br>1301 Skippack Pike Suite 7A - 133<br>Blue Bell, PA 19422<br>610-277-6057<br>484-231-1922 (fax)<br>dg@dsgoodmanlaw.com | **John C. Hueston**<br>**Daniel P. Lefler**<br>**Lillile A. Werner**<br>Irell & Manella LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067<br>310-277-1010<br>310-203-7199 fax<br>jhueston@irell.com<br>dlefler@irell.com<br>lwerner@irell.com |

1  ☒ **BY MAIL**: I placed a true copy in a sealed envelope addressed as indicated above, on above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY PERSONAL SERVICE**: I placed a true copy in a sealed envelope addressed to each person[s] named at the address[es] shown and giving same to a messenger for personal delivery before 5:00 p.m. on above-mentioned date.

☐ **BY FACSIMILE**: From facsimile number (949) 451-4220 at _____ a.m./p.m., I caused each such document to be transmitted by facsimile machine, to the parties and numbers indicated above, pursuant to Rule 2008. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original of this declaration.

☐ **BY UPS NEXT DAY AIR:** On above-mentioned date, I placed a true copy of above mentioned document(s), together with an unsigned copy of this declaration, in a sealed envelope or package designated by the United Parcel Service with delivery fees paid or provided for, addressed to the person(s) as indicated above and deposited same in a box or other facility regularly maintained by United Parcel Service or delivered same to an authorized courier or driver authorized by United Parcel Service to receive documents.

☒ I am employed in the office of Kristopher P. Diulio, a member of the bar of this court, and that the foregoing document(s) was(were) printed on recycled paper.

☒ **(FEDERAL)**   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on August 10, 2011.

                              /s/ Dena Kennedy
                                  Dena Kennedy