WAYNE W. SMITH, SBN 54593
  WSmith@gibsondunn.com
JEFFREY H. REEVES, SBN 156648
  JReeves@gibsondunn.com
KRISTOPHER P. DIULIO, SBN 229399
  KDiulio@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, California 92612-4412
Telephone: 949.451.3800
Facsimile: 949.451.4220

Attorneys for Defendants,
David E. I. Pyott; Herbert W. Boyer, Ph.D.; Louis J. Lavigne, Jr.; Gavin S. Herbert; Stephen J. Ryan, M.D.; Leonard D. Schaeffer; Michael R. Gallagher; Robert A. Ingram; Trevor M. Jones, Ph.D.; Dawn E. Hudson; Russell T. Ray; Deborah Dunsire, M.D.; Handel E. Evans; Ronald M. Cresswell, Ph.D.; Louis T. Rosso; Karen R. Osar; and Anthony H. Wild, Ph.D.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| In re ALLERGAN, INC. SHAREHOLDER DERIVATIVE LITIGATION,<br><br>This Document Relates To:<br><br>ALL ACTIONS | CASE NO. SACV10-01352 DOC (MLGx)<br><br>**DECLARATION OF KRISTOPHER P. DIULIO IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>[*Notice of Motion and Motion to Dismiss, Memorandum of Points and Authorities and Request for Judicial Notice filed concurrently*]<br><br>**Hearing:**<br>Date:   October 17, 2011<br>Time:   8:30 a.m.<br>Place:   Courtroom 9D |

Gibson, Dunn & Crutcher LLP

I, Kristopher P. Diulio, hereby declare as follows:

1. I am an attorney licensed in the State of California and admitted to practice in the United States District Court for the Central District of California. I am an associate with the law firm of Gibson, Dunn & Crutcher LLP, and one of the attorneys representing David E. I. Pyott; Herbert W. Boyer, Ph.D.; Louis J. Lavigne, Jr.; Gavin S. Herbert; Stephen J. Ryan, M.D.; Leonard D. Schaeffer; Michael R. Gallagher; Robert A. Ingram; Trevor M. Jones, Ph.D.; Dawn E. Hudson; Russell T. Ray; Deborah Dunsire, M.D.; Handel E. Evans; Ronald M. Cresswell, Ph.D.; Louis T. Rosso; Karen R. Osar; and Anthony H. Wild, Ph.D. (collectively the "Individual Defendants") in this matter. I have personal knowledge of the facts set forth in this Declaration and, if called upon to do so, I could and would testify as follows:

2. Attached as Exhibit "A" to the Individual Defendants' Request for Judicial Notice is a true and correct copy of this Court's April 12, 2011 Order Granting the Defendants' Motions to Dismiss.

3. Attached as Exhibit "B" to the Individual Defendants' Request for Judicial Notice is a true and correct copy of Allergan's Amended and Restated Certificate of Incorporation, which Allergan publicly filed with Delaware's Secretary of State on April 30, 2010.

4. Attached as Exhibit "C" to the Individual Defendants' Request for Judicial Notice is a true and correct copy of the October 24, 2006 email from General Counsel Doug Ingram to the Individual Directors.

5. Attached as Exhibit "D" to the Individual Defendants' Request for Judicial Notice is a true and correct copy of the FDA's August 22, 2001 Warning Letter to Mr. David Garbe, as Direct of Scientific Information and Medical Compliance of Allergan. This Warning Letter is a matter of public record, available on the FDA's website at:
http://www.fda.gov/ICECI/EnforcementActions/WarningLetters/default.htm.

6. Attached as Exhibit "E" to the Individual Defendants' Request for

Judicial Notice is a true and correct copy of September 5, 2002 Letter from the FDA to Allergan.

7. Attached as Exhibit "F" to the Individual Defendants' Request for Judicial Notice is a true and correct copy of the FDA's June 23, 2003 Warning Letter to Peter A. Kresel of Allergan. This Warning Letter is a matter of public record, available on the FDA's website at:

http://www.fda.gov/ICECI/EnforcementActions/WarningLetters/default.htm.

8. Attached as Exhibit "G" to the Individual Defendants' Request for Judicial Notice is a true and correct copy of the FDA's September 6, 2005 Warning Letter to David E. I. Pyott as President and Chief Executive Officer of Allergan. This Warning Letter is a matter of public record, available on the FDA's website at:

http://www.fda.gov/ICECI/EnforcementActions/WarningLetters/default.htm.

9. Attached as Exhibit "H" to the Individual Defendants' Request for Judicial Notice is a true and correct copy of the FDA's August 17, 2009 Letter to David E. I. Pyott as President and Chief Executive Officer of Allergan. This Letter is a matter of public record, available on the FDA's website at:

http://www.fda.gov/ICECI/EnforcementActions/WarningLetters/default.htm.

10. Attached as Exhibit "I" to the Individual Defendants' Request for Judicial Notice is a true and correct copy of the Settlement Agreement entered into between Allergan, *qui tam* relators Dr. Amy M. Lang, Charles J. Rushin, Cher Beilfuss, Kathleen O'Connor-Masse, and Albert Edward Hallivis, and the United States. The Settlement Agreement became effective on August 31, 2010, and Allergan publicly filed it as an exhibit to its September 1, 2010 8-K.

11. Attached as Exhibit "J" to the Individual Defendants' Request for Judicial Notice is a true and correct copy of Allergan's Field Reference Guide.

12. Attached as Exhibit "K" to the Individual Defendants' Request for Judicial Notice is a true and correct copy of a chart of Allergan's historical stock price from August 25, 2010 to October 29, 2010. The chart was compiled from information

3

provided by third parties and publicly available at the following website: http://finance.yahoo.com/q/hp?s=AGN+Historical+Prices.

13. Attached as Exhibit "L" to the Individual Defendants' Request for Judicial Notice is a true and correct copy of Allergan's March 3, 2008 Press Release, which Allergan publicly filed with the SEC in its March 4, 2008 8-K.

14. Attached as Exhibit "M" to the Individual Defendants' Request for Judicial Notice are true and correct excerpts of Allergan's September 1, 2010 8-K.

15. Attached as Exhibit "N" to the Individual Defendants' Request for Judicial Notice are true and correct excerpts of Allergan's November 1, 2010 8-K.

16. Attached as Exhibit "O" to the Individual Defendants' Request for Judicial Notice are true and correct excerpts of Allergan's July 30, 2008 Conference Call Transcript.

17. Attached as Exhibit "P" to the Individual Defendants' Request for Judicial Notice is a true and correct copy of Allergan's September 1, 2010 Press Release, which Allergan publicly filed with the SEC in its September 1, 2010 8-K.

18. Attached as Exhibit "Q" to the Individual Defendants' Request for Judicial Notice is a true and correct copy of the Government's Information against Allergan, which was filed on September 1, 2010 in the United States District Court for the Northern District of Georgia in Criminal Action Number 1:10-CR-375.

19. Attached as Exhibit "R" to the Individual Defendants' Request for Judicial Notice is a true and correct copy of the U.S. Department of Justice's September 1, 2010 Press Release.

20. Attached as Exhibit "S" to the Individual Defendants' Request for Judicial Notice is a true and correct copy of Allergan's 1997-2001 Strategic Plan.

I declare under penalty of perjury that the foregoing is true and correct, and this declaration was executed on August 10, 2011 in Irvine, California.

/s/ Kristopher P. Diulio
Kristopher P. Diulio

Gibson, Dunn & Crutcher LLP

# CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2011, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| John C. Hueston | jhueston@irell.com |
| Glenn Vanzura | gvanzura@ieall.com |
| Lillie Werner | lwerner@irell.com |
| Brian J. Robbins | brobbins@robbinsumeda.com |
| Felipe J. Arroyo | farroyo@robbinsumeda.com |
| Arshan Amiri | aamiri@robbinsumeda.com |
| William C. Wright | wwright@leopoldkuvin.com |
| Kathleen A. Herkenhoff | kah@weiserlawfirm.com |
| Robert B. Weiser | rw@weiserlawfirm.com |
| Brett Steckler | bds@weiserlawfirm.com |
| Jeffrey Ciarlanto | jjc@weiserlawfirm.com |
| Kip B. Shuman | kip@shumanlawfirm.com |
| Rusty Glenn | rusty@shumanlawfirm.com |
| Debra S. Goodman | dg@dsgoodmanlaw.com |
| Darren J. Robbins | darrenr@rgrdlaw.com |
| Travis E. Downs III | travisd@rgrdlaw.com |
| Benny C. Goodman | bennyg@rgrdlaw.com |
| David W. Mitchell | davidm@rgrdlaw.com |
| Brian O. O'Mara | briano@rgrdlaw.com |
| Robert Sugarman | sugarman@sugarmansusskind.com |
| Pedro A. Herrera | pherrera@sugarmansusskind.com |

/s/ Kristopher P. Diulio

Gibson, Dunn & Crutcher LLP

5