ROBBINS GELLER RUDMAN
  & DOWD LLP
TRAVIS E. DOWNS III (148274)
DAVID W. MITCHELL (199706)
BENNY C. GOODMAN III (211302)
BRIAN O'MARA (229737)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
travisd@rgrdlaw.com
davidm@rgrdlaw.com
bennyg@rgrdlaw.com
bomara@rgrdlaw.com

ROBBINS UMEDA LLP
BRIAN J. ROBBINS (190264)
FELIPE J. ARROYO (163803)
ARSHAN AMIRI (246874)
600 B Street, Suite 1900
San Diego, CA  92101
Telephone:  619/525-3990
619/525-3991 (fax)
brobbins@robbinsumeda.com
farroyo@robbinsumeda.com
aamiri@robbinsumeda.com

THE WEISER LAW FIRM, P.C.
KATHLEEN A. HERKENHOFF (168562)
12707 High Bluff Drive, Suite 200
San Diego, CA  92130
Telephone:  858/794-1441
858/794-1450 (fax)
kah@weiserlawfirm.com

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| In re ALLERGAN, INC. SHAREHOLDER DERIVATIVE ACTION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No.<br>  SACV-10-01352-DOC(MLGx)<br><br>PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM ALLERGAN, INC.'S JUNE 2011 PRIVILEGE LOG<br><br>DATE:         October 3, 2011<br>TIME:          8:30 a.m.<br>COURTROOM:  The Honorable<br>                          David O. Carter |

648056_1

1  TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

2  PLEASE TAKE NOTICE that, on October 3, 2011, at 8:30 a.m., before the
3  Honorable David O. Carter, in Courtroom 9D of the United States District Court for
4  the Central District of California, Southern Division, located at 411 West Fourth
5  Street, Santa Ana, California 92701, plaintiffs, through their undersigned counsel,
6  will, and hereby do, move the Court for entry of an order granting Plaintiffs' Motion
7  to Compel Production of Documents From Allergan, Inc.'s June 2011 Privilege Log
8  (the "Motion").

9  The Motion is brought pursuant to Local Rules 7 and 37, as well as the Court's
10  June 6, 2011 Order Regarding Allergan, Inc.'s Production of Confidential Books and
11  Records and Briefing Schedule (the "Production Order"), which incorporated the
12  terms of the parties' June 3, 2011 Stipulation Regarding Allergan, Inc.'s Production of
13  Confidential Books and Records and Briefing Schedule (the "Production
14  Stipulation"). Allergan, Inc.'s ("Allergan") June 2011 Privilege Log (the "Log") was
15  produced pursuant to the Production Stipulation, and the Production Stipulation
16  provides that any dispute not resolved informally between the parties may be
17  presented to the Court for resolution. *See* Production Stipulation (Dkt. No. 77), ¶18.

18  As detailed in the accompanying memorandum, Allergan has failed to
19  adequately support its assertions of attorney-client privilege (the "Privilege") and/or
20  work product doctrine (the "Doctrine") for the documents withheld and/or redacted on
21  the Log. Moreover, the documents listed on the Log do not qualify for protection
22  under either the Privilege or Doctrine because, among other things: (1) the documents
23  were generated for business purposes and not to communicate legal advice; and
24  (2) Allergan has not established that the documents as to which the Doctrine is
25  asserted were prepared in the first instance in preparation or anticipation of litigation.
26  Also, to the extent any documents are found by the Court to be protected by the
27  Privilege or Doctrine, such protections: (1) have been waived by disclosure to third
28  parties and/or Allergan has waived as to subject matter; and/or (2) are vitiated by the

- 1 -

648056_1

crime-fraud exception to the Privilege and Doctrine and/or the fiduciary exception to the Privilege based upon the good cause shown by plaintiffs in the accompanying memorandum.

The Motion is based upon the accompanying memorandum of points and authorities, the Declaration of Aelish M. Baig in support of the Motion ("Baig Decl.") and exhibits thereto, the proposed order, the records and pleadings on file with this Court in the above-referenced action, and such further briefing or oral argument as is permitted by the Court.

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on and before July 28, 2011. As detailed in the Baig Decl., plaintiffs have made several attempts to meet and confer with Allergan's counsel about the matters set forth in the Motion, with the final conference occurring on July 28, 2011. As further detailed in the Baig Decl., plaintiffs made several attempts before July 28, 2011 to meet and confer with Allergan pursuant to the terms of L.R. 37. On July 28, 2011, Allergan's counsel confirmed that Allergan would not prepare a Joint Stipulation with plaintiffs pursuant to L.R. 37-2.2 and that plaintiffs would need to file this Motion to seek relief.

DATED: September 2, 2011

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
TRAVIS E. DOWNS III
DAVID W. MITCHELL
BENNY C. GOODMAN III
BRIAN O. O'MARA


              s/ Aelish M. Baig
              AELISH M. BAIG

648056_1

| | |
|---|---|
| 1 | |
| 2 | 655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: 619/231-1058 |
| 3 | 619/231-7423 (fax) |
| 4 | ROBBINS GELLER RUDMAN<br>  & DOWD LLP |
| 5 | AELISH M. BAIG<br>Post Montgomery Center |
| 6 | One Montgomery Street, Suite 1800<br>San Francisco, CA 94104 |
| 7 | Telephone: 415/288-4545<br>415/288-4534 (fax) |
| 8 | |
| 9 | ROBBINS UMEDA LLP<br>BRIAN J. ROBBINS<br>FELIPE J. ARROYO |
| 10 | ARSHAN AMIRI<br>600 B Street, Suite 1900 |
| 11 | San Diego, CA 92101<br>Telephone: 619/525-3990 |
| 12 | 619/525-3991 (fax) |
| 13 | THE WEISER LAW FIRM, P.C.<br>KATHLEEN A. HERKENHOFF |
| 14 | 12707 High Bluff Drive, Suite 200<br>San Diego, CA 92130 |
| 15 | Telephone: 858/794-1441<br>858/794-1450 (fax) |
| 16 | |
| 17 | THE WEISER LAW FIRM, P.C.<br>ROBERT B. WEISER<br>BRETT D. STECKER |
| 18 | JEFFREY J. CIARLANTO<br>121 N. Wayne Avenue, Suite 100 |
| 19 | Wayne, PA 19087<br>Telephone: 610/225-2677 |
| 20 | 610/225-2678 (fax) |
| 21 | Co-Lead Counsel for Plaintiffs |
| 22 | SUGARMAN & SUSSKIND<br>ROBERT SUGARMAN |
| 23 | PEDRO A. HERRERA<br>100 Miracle Mile, Suite 300 |
| 24 | Coral Gables, FL 33134<br>Telephone: 305/529-2801 |
| 25 | 305/447-8115 (fax) |
| 26 | Additional Counsel for Plaintiff |
| 27 | |
| 28 | |

- 3 -

648056_1

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 2, 2011.

       s/ Aelish M. Baig
       AELISH M. BAIG

ROBBINS GELLER RUDMAN
    & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail:   aelishb@rgrdlaw.com

- 4 -

648056_1

# Mailing Information for a Case 8:10-cv-01352-DOC -MLG

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Arshan Amiri**
  aamiri@ruflaw.com

- **Felipe J Arroyo**
  farroyo@robbinsumeda.com,notice@robbinsumeda.com,mozaki@robbinsumeda.com

- **Aelish M Baig**
  aelishb@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Kristopher Price Diulio**
  kdiulio@gibsondunn.com,dfkennedy@gibsondunn.com,crussell@gibsondunn.com

- **Rusty E. Glenn**
  rusty@shumanlawfirm.com

- **Benny C Goodman , III**
  bgoodman@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Kathleen Ann Herkenhoff**
  kah@weiserlawfirm.com

- **John C Hueston**
  jhueston@irell.com,lhiles@irell.com

- **Daniel P Lefler**
  dlefler@irell.com

- **David W Mitchell**
  davidm@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Brian Oliver O'Mara**
  bomara@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Brian J Robbins**
  notice@robbinsumeda.com

- **Kip B Shuman**
  kip@shumanlawfirm.com

- **Wayne W Smith**
  wsmith@gibsondunn.com,dfkennedy@gibsondunn.com

- **Robert B Weiser**

  rw@weiserlawfirm.com

- **Lillie A Werner**
  lwerner@irell.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Jeffrey J. Ciarlanto
The Weiser Law Firm  PC
121 North Wayne Ave  Suite 100
Wayne, PA 19087

Travis E Downs
Robbins Geller Rudman and Dowd LLP
655 West Broadway   Ste 1900
San Diego, CA 92101

Debra S Goodman
Law Office of Debra S Goodman PC
1301 Skippack Pike  Suite 7A - 133
Blue Bell, PA 19422

Brett Steckler
The Weiser Law Firm PC
121 North Wayne Avenue
Suite 100
Wayne, PA 19087
```