Name & Address:
Aelish M. Baig
Robbins Geller Rudman & Dowd LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ALLERGAN, INC. SHAREHOLDER DERIVATIVE ACTION <br><br> PLAINTIFF(S) <br><br> v. <br><br> This Document Relates to: <br> ALL ACTIONS <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> SACV-10-01352-DOC(MLGx) <br><br><br> NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

Plaintiffs' Memorandum of Points and Authorities in Support of Motion to Compel Production of Documents From Allergan, Inc.'s June 2011 Privilege Log; Exhibit A to the Declaration of Aelish M. Baig (Privilege Log produced by Allergan, Inc. on June 9, 2011)

**Document Description:**

☐   Administrative Record

☑   Exhibits

☐   Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑   Other  see above

**Reason:**

☑   Under Seal

☐   Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐   Electronic versions are not available to filer

☑   Per Court order dated  June 6, 2011

☐   Manual Filing required (*reason*):

| | |
|---|---|
| September 2, 2011 <br> Date | s/ Aelish M. Baig <br> Attorney Name <br><br> Plaintiffs <br> Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).

CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on September 2, 2011.

    s/ Aelish M. Baig
AELISH M. BAIG

ROBBINS GELLER RUDMAN
    & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:       aelishb@rgrdlaw.com

648226_1

# Mailing Information for a Case 8:10-cv-01352-DOC -MLG

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Arshan Amiri**
  aamiri@ruflaw.com

- **Felipe J Arroyo**
  farroyo@robbinsumeda.com,notice@robbinsumeda.com,mozaki@robbinsumeda.com

- **Aelish M Baig**
  aelishb@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Kristopher Price Diulio**
  kdiulio@gibsondunn.com,dfkennedy@gibsondunn.com,crussell@gibsondunn.com

- **Rusty E. Glenn**
  rusty@shumanlawfirm.com

- **Benny C Goodman , III**
  bgoodman@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Kathleen Ann Herkenhoff**
  kah@weiserlawfirm.com

- **John C Hueston**
  jhueston@irell.com,lhiles@irell.com

- **Daniel P Lefler**
  dlefler@irell.com

- **David W Mitchell**
  davidm@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Brian Oliver O'Mara**
  bomara@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Brian J Robbins**
  notice@robbinsumeda.com

- **Kip B Shuman**
  kip@shumanlawfirm.com

- **Wayne W Smith**
  wsmith@gibsondunn.com,dfkennedy@gibsondunn.com

- **Robert B Weiser**

  rw@weiserlawfirm.com

- **Lillie A Werner**
  lwerner@irell.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Jeffrey J. Ciarlanto
The Weiser Law Firm  PC
121 North Wayne Ave  Suite 100
Wayne, PA 19087

Travis E Downs
Robbins Geller Rudman and Dowd LLP
655 West Broadway   Ste 1900
San Diego, CA 92101

Debra S Goodman
Law Office of Debra S Goodman PC
1301 Skippack Pike  Suite 7A - 133
Blue Bell, PA 19422

Brett Steckler
The Weiser Law Firm PC
121 North Wayne Avenue
Suite 100
Wayne, PA 19087
```