# EXHIBIT A

# EXHIBIT A

# CONDITIONALLY FILED UNDER SEAL