# EXHIBIT F

JUL - 1 2011

# IRELL & MANELLA LLP
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

840 NEWPORT CENTER DRIVE, SUITE 400
NEWPORT BEACH, CA 92660-6324
TELEPHONE (949) 760-0991
FACSIMILE (949) 760-5200

1800 AVENUE OF THE STARS, SUITE 900
LOS ANGELES, CALIFORNIA 90067-4276

TELEPHONE (310) 277-1010
FACSIMILE (310) 203-7199
WEBSITE: www.irell.com

WRITER'S DIRECT
TELEPHONE (310) 203-7912
FACSIMILE (310) 556-5210
LWerner@irell.com

June 29, 2011

**VIA E-MAIL AND U.S. MAIL**

Aelish Baig, Esq.
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Email: AelishB@rgrdlaw.com

Shane P. Sanders, Esq.
600 B Street, Suite 1900
San Diego, CA 92101
Email: ssanders@robbinsumeda.com

Re:   *In re Allergan, Inc. Shareholder Derivative Action*
      United States District Court, Southern District of California, Southern Division
      Master File No. SACV-10-01352-DOC (MLGx)

Dear Ms. Baig and Mr. Sanders,

I write in response to Mr. Sanders' letter dated June 27, 2011, in which Plaintiffs request an opportunity to meet and confer about the scope of Allergan's stipulated document production.

As you know, Allergan agreed to give Plaintiffs the exact same books-and-records production that the Delaware Section 220 plaintiffs received – no more and no less. Having fully litigated a Section 220 demand in Delaware, Allergan has no interest in relitigating the scope of its books-and-records production. Accordingly, as a condition to the Company's voluntary production of these documents, Plaintiffs agreed not to pursue their own 220 demand.

Allergan has lived up to its agreement by agreeing to an extension of your deadline to file an amended complaint and producing the documents to Plaintiffs on June 9, 2011. Plaintiffs need to do the same. The Company has no interest in meeting and conferring about issues that are already settled. We look forward to receiving your amended complaint – should you choose to pursue further litigation – by July 11, 2011.

Sincerely,

*LWerner*

Lillie A. Werner

LAW

cc:   John Hueston, Esq. (via e-mail only)
      Kathleen Herkenhoff, Esq. (via e-mail only)

2455467

EXHIBIT F, PAGE 58