# EXHIBIT J

**IRELL & MANELLA LLP**
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

840 NEWPORT CENTER DRIVE, SUITE 400
NEWPORT BEACH, CA 92660-6324
TELEPHONE (949) 760-0991
FACSIMILE (949) 760-5200

1800 AVENUE OF THE STARS, SUITE 900
LOS ANGELES, CALIFORNIA 90067-4276

TELEPHONE (310) 277-1010
FACSIMILE (310) 203-7199
WEBSITE: www.irell.com

WRITER'S DIRECT
TELEPHONE (310) 203-7912
FACSIMILE (310) 556-5210
LWerner@irell.com

July 27, 2011

**VIA E-MAIL AND U.S. MAIL**

Aelish Baig, Esq.
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Email: AelishB@rgrdlaw.com

Shane P. Sanders, Esq.
600 B Street, Suite 1900
San Diego, CA 92101
Email: SSanders@robbinsumeda.com

Kathleen A. Herkenhoff, Esq.
12707 High Bluff Drive, Suite 200
San Diego, CA 92130
Email: kah@weiserlawfirm.com

Re:  *In re Allergan, Inc. Shareholder Derivative Action*
United States District Court, Southern District of California, Southern Division
Master File No. SACV-10-01352-DOC (MLGx)

Dear Counsel:

I have received Plaintiffs' previous correspondence and Ms. Herkenhoff's letter dated July 26, 2011, and I am disappointed that Plaintiffs refuse to honor the agreement embodied in the parties' June 3, 2011 stipulation. As you know, Plaintiffs approached Allergan shortly before their amended complaint was due, and requested that Allergan stipulate to extend Plaintiffs' deadline for filing an amended complaint and to produce a copy of the Section 220 books-and-records production and privilege log made to another shareholder group (the "220 Production"). Allergan agreed to Plaintiffs' request pursuant to Ms. Baig's explicit oral and written representations that Plaintiffs would accept the 220 Production as is and would waive their right to serve their own Section 220 demand. Plaintiffs now refuse to comply with this agreement.

Plaintiffs demand to meet and confer about their purported concerns concerning Allergan's production. Allergan does not believe that Plaintiffs have a bona fide concern about a "dispute … concerning compliance with the terms of this Stipulation." (June 3, 2011 Stipulation Regarding Allergan, Inc.'s Production of Confidential Books and Records and Briefing Schedule, Dkt. 77, at ¶ 18.) As a show of good faith, however, Allergan is willing to schedule a time to meet and confer with Plaintiffs about their concerns over the 220 Production and about Allergan's response to Plaintiffs' First Amended Complaint.

**IRELL & MANELLA LLP**
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

Aelish Baig, Esq.
Shane P. Sanders, Esq.
Kathleen A. Herkenhoff, Esq.
July 27, 2011
Page 2

    Please let me know if and when you would all be available for a telephone call this Thursday, July 28, 2011.

                      Sincerely,

                      *Lillie A. Werner*

LAW
cc:    John Hueston, Esq. (via e-mail only)