1  ROBBINS GELLER RUDMAN
     & DOWD LLP
2  TRAVIS E. DOWNS III (148274)
   DAVID W. MITCHELL (199706)
3  BENNY C. GOODMAN III (211302)
   BRIAN O. O'MARA (229737)
4  655 West Broadway, Suite 1900
   San Diego, CA  92101
5  Telephone:  619/231-1058
   619/231-7423 (fax)
6  travisd@rgrdlaw.com
   davidm@rgrdlaw.com
7  bennyg@rgrdlaw.com
   bomara@rgrdlaw.com
8
   ROBBINS UMEDA LLP
9  BRIAN J. ROBBINS (190264)
   FELIPE J. ARROYO (163803)
10 ARSHAN AMIRI (246874)
   600 B Street, Suite 1900                  THE WEISER LAW FIRM, P.C.
11 San Diego, CA  92101                      KATHLEEN A. HERKENHOFF (168562)
   Telephone:  619/525-3990                  12707 High Bluff Drive, Suite 200
12 619/525-3991 (fax)                        San Diego, CA  92130
   brobbins@robbinsumeda.com                 Telephone:  858/794-1441
13 farroyo@robbinsumeda.com                  858/794-1450 (fax)
   aamiri@robbinsumeda.com                   kah@weiserlawfirm.com
14
   Co-Lead Counsel for Plaintiffs
15
   [Additional counsel appear on signature page.]
16
                    UNITED STATES DISTRICT COURT
17
                   CENTRAL DISTRICT OF CALIFORNIA
18
                         SOUTHERN DIVISION
19

| | |
|---|---|
| 20 In re ALLERGAN, INC. SHAREHOLDER DERIVATIVE ACTION | Master File No. SACV-10-01352-DOC(MLGx) |
| 21 ——————————————————— | PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF |
| 22 This Document Relates To: | PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' |
| 23    ALL ACTIONS. | MOTIONS TO DISMISS |
| 24 ——————————————————— | DATE:       October 17, 2011 TIME:       8:30 a.m. |
| 25 | COURTROOM:  THE HONORABLE DAVID O. CARTER |

26

27

28

650017_1

1    Pursuant to Federal Rule of Evidence 201, plaintiffs Willa Rosenbloom, Daniel

2 Himmel, Pompano Beach Police & Firefighters' Retirement System and Western

3 Washington Laborers-Employers Pension Trust (collectively, "plaintiffs") respectfully

4 request that the Court take judicial notice of the following documents in support of

5 their concurrently filed Omnibus Opposition to Defendants' Motions to Dismiss:

6    Exhibit A:    *United States of America v. Allergan, Inc.*, Criminal Action No.

7                  1:10-CR-375, Information (N.D. Ga. Sept. 1, 2010);

8    Exhibit B:    *United States of America v. Allergan, Inc.*, Criminal Action No.

9                  1:10-CR-375-ODE, Exhibit - Corporate Integrity Agreement

10                 Between the Office of Inspector General of the Department of

11                 Health and Human Services and Allergan, Inc. (N.D. Ga. Oct. 5,

12                 2010);

13   Exhibit C:    *United States of America v. Allergan, Inc.*, Criminal Action No.

14                 1:10-CR-375-ODE, Government Memorandum in Support of

15                 Binding Plea and Sentencing Memorandum (N.D. Ga. Oct. 4,

16                 2010);

17   Exhibit D:    September 10, 2002 *Los Angeles Times* article entitled "FDA

18                 Wants Allergan to Pull Botox Ads and Brochures";

19   Exhibit E:    June 25, 2003 *Los Angeles Times* article entitled "Allergan Is

20                 Warned on Botox Ads";

21   Exhibit F:    March 20, 2008 Allergan, Inc. Schedule 14A Proxy Statement;

22   Exhibit G:    March 19, 2009 Allergan, Inc. Schedule 14A Proxy Statement;

23   Exhibit H:    March 12, 2010 Allergan, Inc. Schedule 14A Proxy Statement;

24   Exhibit I:    Allergan, Inc. Code of Business Conduct and Ethics;

25   Exhibit J:    September 12, 2002 Allergan, Inc. press release entitled "Allergan

26                 Comments on FDA Letter";

27   Exhibit K:    September 5, 2001 *Los Angeles Times* article entitled "FDA

28                 Warns Allergan About Claims";

- 1 -

650017_1

1    Exhibit L:    September 5, 2002 FDA warning letter to Allergan, Inc.;

2    Exhibit M:    August 25, 2009 *Zach's Investment Research* article entitled

3                  "Allergan Receives FDA Warning";

4    Exhibit N:    August 24, 2009 article entitled "FDA warns Allergan about

5                  misleading advertisements"; and

6    Exhibit O:    March 3, 2008 Allergan, Inc. Form 8-K with attached press

7                  release entitled "Allergan Comments on the United States

8                  Department of Justice Subpoena for the Production of Documents

9                  Relating to Promotional Practices of Botox® for Therapeutic

10                 Uses."

11        Federal Rule of Evidence 201 authorizes judicial notice of facts "capable of

12   accurate and ready determination by resort to sources whose accuracy cannot

13   reasonably be questioned."   Fed. R. Evid. 201(b)(2).   The above-referenced

14   documents are relevant to a determination of the matter presently before the Court and

15   are of the type that courts routinely judicially notice in deciding motions to dismiss

16   securities class actions. *See Van Woudenberg v. Gibson*, 211 F.3d 560, 568 (10th Cir.

17   2000) ("[A] court is permitted to take judicial notice of . . . facts which are a matter of

18   public record.").

19        In ruling on motions to dismiss in securities cases, "courts must consider the

20   complaint in its entirety, as well as other sources courts ordinarily examine when

21   ruling on Rule 12(b)(6) motions to dismiss, in particular, documents incorporated into

22   the complaint by reference, and matters of which a court may take judicial notice."

23   *Tellabs, Inc. v. Makor Issues & Rights Ltd.*, 551 U.S. 308, 322, 127 S. Ct. 2499, 168

24   L. Ed. 2d 179 (2007).   It is well established that courts have the authority to take

25   judicial notice of documents that are referenced in the complaint and are publicly

26   available. *GFF Corp. v. Associated Wholesale Grocers*, 130 F.3d 1381, 1384 (10th

27   Cir. 1997) (finding it proper to consider on a motion to dismiss documents not

28   attached to plaintiff's complaint but "referred to in the complaint and . . . central to the

- 2 -

650017_1

1  plaintiff's claim"); *see also In re Ditech Commc'ns Corp. Sec. Litig.*, No. C 05-02406,

2  2006 WL 2319784, at *5 (N.D. Cal. Aug. 10, 2006) (taking judicial notice of press

3  releases, SEC filings, conference call transcripts and historical stock prices, all of

4  which are referenced in the complaint); *In re Silicon Graphics, Inc. Sec. Litig.*, No.

5  C 96-0393, 1996 WL 664639, at *3 (N.D. Cal. Sept, 25, 1996).  As such, the news

6  articles from the *Los Angeles Times* and other sources, Allergan's U.S. Securities and

7  Exchange Commission filings and press releases, the Code of Ethics published on

8  Allergan's website, and the FDA warning letter attached hereto, are also properly the

9  subject of judicial notice.

10      For these reasons, plaintiffs respectfully request that the Court take judicial

11  notice of the attached documents submitted in support of their contemporaneously

12  filed Omnibus Opposition to Defendants' Motions to Dismiss.

13  DATED:  September 9, 2011              ROBBINS GELLER RUDMAN
                                            & DOWD LLP
14                                        AELISH M. BAIG

15

16                                            s/ Aelish M. Baig
                                            AELISH M. BAIG

17
                                        Post Montgomery Center
18                                      One Montgomery Street, Suite 1800
                                        San Francisco, CA  94104
19                                      Telephone:  415/288-4545
                                        415/288-4534 (fax)
20

21

22

23

24

25

26

27

28

- 3 -

1

2      ROBBINS GELLER RUDMAN
         & DOWD LLP
3      TRAVIS E. DOWNS III
       DAVID W. MITCHELL
       BENNY C. GOODMAN III
4      BRIAN O. O'MARA
       655 West Broadway, Suite 1900
5      San Diego, CA  92101
       Telephone:  619/231-1058
6      619/231-7423 (fax)

7      ROBBINS UMEDA LLP
       BRIAN J. ROBBINS
8      FELIPE J. ARROYO
       ARSHAN AMIRI
9      600 B Street, Suite 1900
       San Diego, CA  92101
10     Telephone:  619/525-3990
       619/525-3991 (fax)

11
       THE WEISER LAW FIRM, P.C.
12     KATHLEEN A. HERKENHOFF
       12707 High Bluff Drive, Suite 200
13     San Diego, CA  92130
       Telephone:  858/794-1441
14     858/794-1450 (fax)

15     THE WEISER LAW FIRM, P.C.
       ROBERT B. WEISER
16     BRETT D. STECKER
       JEFFREY J. CIARLANTO
17     121 N. Wayne Avenue, Suite 100
       Wayne, PA  19087
18     Telephone:  610/225-2677
       610/225-2678 (fax)

19
       Co-Lead Counsel for Plaintiffs
20
       SUGARMAN & SUSSKIND
21     ROBERT SUGARMAN
       PEDRO A. HERRERA
22     100 Miracle Mile, Suite 300
       Coral Gables, FL  33134
23     Telephone:  305/529-2801
       305/447-8115 (fax)
24
       Additional Counsel for Plaintiff
25

26

27

28

- 4 -

650017_1

1

## CERTIFICATE OF SERVICE

2        I hereby certify that on September 9, 2011, I authorized the electronic filing of

3   the foregoing with the Clerk of the Court using the CM/ECF system which will send

4   notification of such filing to the e-mail addresses denoted on the attached Electronic

5   Mail Notice List, and I hereby certify that I caused to be mailed the foregoing

6   document or paper via the United States Postal Service to the non-CM/ECF

7   participants indicated on the attached Manual Notice List.

8        I certify under penalty of perjury under the laws of the United States of America

9   that the foregoing is true and correct.  Executed on September 9, 2011.

10

                                                    s/ Aelish M. Baig
11                                               AELISH M. BAIG

12                                               ROBBINS GELLER RUDMAN
                                                      & DOWD LLP
13                                               Post Montgomery Center
14                                               One Montgomery Street, Suite 1800
                                                 San Francisco, CA  94104
15                                               Telephone:  415/288-4545
16                                               415/288-4534 (fax)
                                                 E-mail:  aelishb@rgrdlaw.com
17

18

19

20

21

22

23

24

25

26

27

28

-5-

650017_1

# Mailing Information for a Case 8:10-cv-01352-DOC -MLG

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Arshan Amiri**
  aamiri@ruflaw.com

- **Felipe J Arroyo**
  farroyo@robbinsumeda.com,notice@robbinsumeda.com,mozaki@robbinsumeda.com

- **Aelish M Baig**
  aelishb@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Kristopher Price Diulio**
  kdiulio@gibsondunn.com,dfkennedy@gibsondunn.com,crussell@gibsondunn.com

- **Rusty E. Glenn**
  rusty@shumanlawfirm.com

- **Benny C Goodman , III**
  bgoodman@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Kathleen Ann Herkenhoff**
  kah@weiserlawfirm.com

- **John C Hueston**
  jhueston@irell.com,lhiles@irell.com

- **Daniel P Lefler**
  dlefler@irell.com

- **David W Mitchell**
  davidm@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Brian Oliver O'Mara**
  bomara@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Brian J Robbins**
  notice@robbinsumeda.com

- **Kip B Shuman**
  kip@shumanlawfirm.com

- **Wayne W Smith**
  wsmith@gibsondunn.com,dfkennedy@gibsondunn.com

- **Robert B Weiser**

-6-

rw@weiserlawfirm.com

- **Lillie A Werner**
  lwerner@irell.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Jeffrey J. Ciarlanto
The Weiser Law Firm  PC
121 North Wayne Ave  Suite 100
Wayne, PA 19087

Travis E Downs
Robbins Geller Rudman and Dowd LLP
655 West Broadway   Ste 1900
San Diego, CA 92101

Debra S Goodman
Law Office of Debra S Goodman PC
1301 Skippack Pike  Suite 7A – 133
Blue Bell, PA 19422

Brett Steckler
The Weiser Law Firm PC
121 North Wayne Avenue
Suite 100
Wayne, PA 19087
```

-7-