# EXHIBIT N

home |

## FDA warns Allergan about misleading advertisements

Posted August 24, 2009 11:56 AM

Filed under: Acne

**San Diego Plastic Surgery**
Board Certified for 10 Years Outstanding Results

**Dermacare Rancho Bernardo**
Skin Treatment. Dramatic Results Internet Special, Free Consultation.

Ads by Google

According to the Food and Drug Administration of the United States, Allergan's marketing and advertising campaigns for its acne treatment, Aczone, are misleading. The misleading ad was run in the first half of 2009. The advertisement appeared in publications like Archives of Dermatology, Dermatology Times, Skin & Allergy News and Practical Dermatology.



### Highlights of the FDA warning

a. The FDA has issued a warning letter to the company saying that the effectiveness of this product is overstated while the risks have been omitted from a print advertisement.
b. It has barred the company from running the advertisement again.
c. The FDA has given Allergan time till Aug. 28, 2009, to send in a written response to the FDA's letter or face FDA actions.
d. However, a spokesperson from Allergan has said that the offending ad was discontinued earlier in 2009 and was replaced with another ad that addresses the key concerns in the FDA letter.
e. Allergan's original ad claimed that Aczone caused a 24 per cent reduction in inflammatory lesions in just two weeks while regulators say that the actual reduction was only about 2 per cent.
f. Alergan had also not included information about the Aczone's negative interactions with other drugs, including benzoyl peroxide, which can cause discoloration of the skin and facial hair, in the advertisement.
g. The new ad started running in May 2009.

Add to Del.icio.us | Digg this ? | What do you think ? [0] | Permalink

**Plasmetic.com the first Plastic Surgery blog !**

Plasmetic.com cove the latest trends in A facial surgery, invasi non-invasive cosmet procedures and everything related to having the perfect b and beauty.

### CATEGORIES

Read more articles fro Acne category

Sitemap

Exhibit N
-456-