ROBBINS GELLER RUDMAN
 & DOWD LLP
TRAVIS E. DOWNS III (148274)
JOSEPH D. DALEY (185743)
DAVID W. MITCHELL (199706)
BENNY C. GOODMAN III (211302)
BRIAN O'MARA (229737)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
travisd@rgrdlaw.com
jdaley@rgrdlaw.com
davidm@rgrdlaw.com
bennyg@rgrdlaw.com
bomara@rgrdlaw.com

ROBBINS UMEDA LLP
BRIAN J. ROBBINS (190264)
FELIPE J. ARROYO (163803)
SHANE P. SANDERS (237146)
ARSHAN AMIRI (246874)
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: 619/525-3990
619/525-3991 (fax)
brobbins@robbinsumeda.com
farroyo@robbinsumeda.com
ssanders@robbinsumeda.com
aamiri@robbinsumeda.com

THE WEISER LAW FIRM, P.C.
KATHLEEN A. HERKENHOFF (168562)
12707 High Bluff Drive, Suite 200
San Diego, CA 92130
Telephone: 858/794-1441
858/794-1450 (fax)
kah@weiserlawfirm.com

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| In re ALLERGAN, INC. SHAREHOLDER DERIVATIVE ACTION ) ) ) ) | Master File No. SACV-10-01352-DOC(MLGx) |
| This Document Relates To: ) ) ) | NOTICE OF APPEAL AND NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT |
| ALL ACTIONS. ) ) | |

695550_1

1  Notice is hereby given that plaintiffs in the above-captioned case (Willa
2  Rosenbloom, Daniel Himmel, Pompano Beach Police & Firefighters' Retirement
3  System, and Western Washington Laborers-Employers Pension Trust) hereby appeal
4  to the United States Court of Appeals for the Ninth Circuit from the following orders:
5  (i) the April 12, 2011 order granting defendants' motion to dismiss with leave to
6  amend (Dkt. No. 70, entered April 14, 2011); (ii) the January 5, 2012 dismissal with
7  prejudice (Dkt. No. 136, entered January 18, 2012); and the February 22, 2012 order
8  denying plaintiffs' motion for reconsideration of the dismissal with prejudice (Dkt.
9  No. 144, entered February 22, 2012).

10  DATED:  March 20, 2012                Respectfully submitted,

11                                        ROBBINS GELLER RUDMAN
                                            & DOWD LLP
12                                        AELISH M. BAIG

13

14                                        _____s/ Aelish M. Baig_____
                                          AELISH M. BAIG
15
                                          Post Montgomery Center
16                                        One Montgomery Street, Suite 1800
                                          San Francisco, CA  94104
17                                        Telephone:  415/288-4545
                                          415/288-4534 (fax)
18
                                          ROBBINS GELLER RUDMAN
19                                          & DOWD LLP
                                          TRAVIS E. DOWNS III
20                                        DAVID W. MITCHELL
                                          BENNY C. GOODMAN III
21                                        BRIAN O. O'MARA
                                          655 West Broadway, Suite 1900
22                                        San Diego, CA  92101
                                          Telephone:  619/231-1058
23                                        619/231-7423 (fax)

24                                        ROBBINS UMEDA LLP
                                          BRIAN J. ROBBINS
25                                        FELIPE J. ARROYO
                                          SHANE P. SANDERS
26                                        ARSHAN AMIRI
                                          600 B Street, Suite 1900
27                                        San Diego, CA  92101
                                          Telephone:  619/525-3990
28                                        619/525-3991 (fax)

- 1 -

695550_1

| | |
|---|---|
| 1 | |
| 2 | THE WEISER LAW FIRM, P.C.<br>KATHLEEN A. HERKENHOFF |
| 3 | 12707 High Bluff Drive, Suite 200<br>San Diego, CA 92130 |
| 4 | Telephone: 858/794-1441<br>858/794-1450 (fax) |
| 5 | THE WEISER LAW FIRM, P.C.<br>ROBERT B. WEISER |
| 6 | BRETT D. STECKER<br>JEFFREY J. CIARLANTO |
| 7 | JOSEPH M. PROFY<br>22 Cassatt Avenue |
| 8 | Berwyn, PA 19312<br>Telephone: 610/225-2677 |
| 9 | 610/408-8062 (fax) |
| 10 | Co-Lead Counsel for Plaintiffs |
| 11 | SUGARMAN & SUSSKIND<br>ROBERT SUGARMAN |
| 12 | PEDRO A. HERRERA<br>100 Miracle Mile, Suite 300 |
| 13 | Coral Gables, FL 33134<br>Telephone: 305/529-2801 |
| 14 | 305/447-8115 (fax) |
| 15 | Additional Counsel for Plaintiff |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

- 2 -

695550_1

## RULE 3-2 REPRESENTATION STATEMENT

Plaintiffs in this action (Willa Rosenbloom, Daniel Himmel, Pompano Beach Police & Firefighters' Retirement System, and Western Washington Laborers-Employers Pension Trust) are represented by the following counsel:

ROBBINS GELLER RUDMAN
   & DOWD LLP
AELISH M. BAIG
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
Facsimile: 415/288-4534

ROBBINS GELLER RUDMAN
   & DOWD LLP
TRAVIS E. DOWNS III
JOSEPH D. DALEY
DAVID W. MITCHELL
BENNY C. GOODMAN III
BRIAN O. O'MARA
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
Facsimile: 619/231-7423

ROBBINS UMEDA LLP
BRIAN J. ROBBINS
FELIPE J. ARROYO
SHANE P. SANDERS
ARSHAN AMIRI
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: 619/525-3990
Facsimile: 619/525-3991

- 1 -

695550_1

| | |
|---|---|
| 1 | THE WEISER LAW FIRM, P.C. |
| 2 | KATHLEEN A. HERKENHOFF |
|   | 12707 High Bluff Drive, Suite 200 |
| 3 | San Diego, CA  92130 |
|   | Telephone:  858/794-1441 |
| 4 | Facsimile:  858/794-1450 |
| 5 | |
|   | THE WEISER LAW FIRM, P.C. |
| 6 | ROBERT B. WEISER |
| 7 | BRETT D. STECKER |
|   | JEFFREY J. CIARLANTO |
| 8 | JOSEPH M. PROFY |
| 9 | 22 Cassatt Avenue |
|   | Berwyn, PA  19312 |
| 10 | Telephone:  610/225-2677 |
| 11 | Facsimile:  610/408-8062 |
| 12 | |
|    | SUGARMAN & SUSSKIND |
| 13 | ROBERT SUGARMAN |
| 14 | PEDRO A. HERRERA |
|    | 100 Miracle Mile, Suite 300 |
| 15 | Coral Gables, FL  33134 |
| 16 | Telephone:  305/529-2801 |
|    | Facsimile:  305/447-8115 |
| 17 | |
| 18 | The several defendants in this shareholder derivative action are represented by |
| 19 | different law firms.  Nominal defendant Allergan, Inc. is represented by the following |
| 20 | counsel: |
| 21 | |
|    | IRELL & MANELLA LLP |
| 22 | JOHN C. HUESTON |
| 23 | DANIEL P. LEFLER |
|    | LILLIE A. WERNER |
| 24 | 1800 Avenue of the Stars, Suite 900 |
| 25 | Los Angeles, CA  90067-4276 |
|    | Telephone:  310/277-1010 |
| 26 | Facsimile:  310/203-7199 |
| 27 | |
| 28 | |

695550_1

- 2 -

The "Director Defendants" and the "Non-Director Defendants"[1] together are represented by the following counsel:

    GIBSON, DUNN & CRUTCHER LLP
    JEFFREY H. REEVES
    WAYNE W. SMITH
    KRISTOPHER P. DIULIO
    3161 Michaelson Drive
    Irvine, CA 92612-4412
    Telephone: 949/451-3800
    Facsimile: 949/451-4220

DATED: March 20, 2012          Respectfully submitted,

                                         ROBBINS GELLER RUDMAN
                                           & DOWD LLP
                                         AELISH M. BAIG

                                           s/ Aelish M. Baig
                                           AELISH M. BAIG

                                         Post Montgomery Center
                                         One Montgomery Street, Suite 1800
                                         San Francisco, CA 94104
                                         Telephone: 415/288-4545
                                         415/288-4534 (fax)

                                         ROBBINS GELLER RUDMAN
                                           & DOWD LLP
                                         TRAVIS E. DOWNS III
                                         DAVID W. MITCHELL
                                         BENNY C. GOODMAN III
                                         BRIAN O'MARA
                                         655 West Broadway, Suite 1900
                                         San Diego, CA 92101
                                         Telephone: 619/231-1058
                                         619/231-7423 (fax)

---

[1] The "Director Defendants" are David E.I. Pyott, Herbert W. Boyer, Ph.D., Deborah Dunsire, M.D., Michael R. Gallagher, Gavin S. Herbert, Dawn Hudson, Robert A. Ingram, Trevor M. Jones, Ph.D., Louis J. Lavigne, Jr., Russell T. Ray, Stephen J. Ryan, M.D., and Leonard D. Schaeffer. The "Non-Director Defendants" are Handel E. Evans, Ronald M. Cresswell, Ph.D., Louis T. Rosso, Karen R. Osar, and Anthony H. Wild, Ph.D.

- 3 -

695550_1

| | |
|---|---|
| 1 | |
| 2 | ROBBINS UMEDA LLP<br>BRIAN J. ROBBINS |
| 3 | FELIPE J. ARROYO<br>SHANE P. SANDERS |
| 4 | ARSHAN AMIRI<br>600 B Street, Suite 1900 |
| 5 | San Diego, CA 92101<br>Telephone: 619/525-3990<br>619/525-3991 (fax) |
| 6 | |
| 7 | THE WEISER LAW FIRM, P.C.<br>KATHLEEN A. HERKENHOFF |
| 8 | 12707 High Bluff Drive, Suite 200<br>San Diego, CA 92130<br>Telephone: 858/794-1441 |
| 9 | 858/794-1450 (fax) |
| 10 | THE WEISER LAW FIRM, P.C.<br>ROBERT B. WEISER |
| 11 | BRETT D. STECKER<br>JEFFREY J. CIARLANTO |
| 12 | JOSEPH M. PROFY<br>22 Cassatt Avenue |
| 13 | Berwyn, PA 19312<br>Telephone: 610/225-2677 |
| 14 | 610/408-8062 (fax) |
| 15 | Co-Lead Counsel for Plaintiffs |
| 16 | SUGARMAN & SUSSKIND<br>ROBERT SUGARMAN |
| 17 | PEDRO A. HERRERA<br>100 Miracle Mile, Suite 300 |
| 18 | Coral Gables, FL 33134<br>Telephone: 305/529-2801 |
| 19 | 305/447-8115 (fax) |
| 20 | Additional Counsel for Plaintiff |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

- 4 -

695550_1

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 20, 2012.

                                           s/ Aelish M. Baig
                                           AELISH M. BAIG

                                           ROBBINS GELLER RUDMAN
                                                 & DOWD LLP
                                           Post Montgomery Center
                                           One Montgomery Street, Suite 1800
                                           San Francisco, CA 94104
                                           Telephone: 415/288-4545
                                           415/288-4534 (fax)
                                           E-mail:       abaig@rgrdlaw.com

695550_1

# Mailing Information for a Case 8:10-cv-01352-DOC -MLG

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Arshan Amiri**
  aamiri@ruflaw.com

- **Felipe J Arroyo**
  farroyo@robbinsumeda.com,notice@robbinsumeda.com,mozaki@robbinsumeda.com

- **Aelish M Baig**
  aelishb@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Kristopher Price Diulio**
  kdiulio@gibsondunn.com,dfkennedy@gibsondunn.com,crussell@gibsondunn.com

- **Travis E Downs , III**
  travisd@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Rusty E Glenn**
  rusty@shumanlawfirm.com

- **Benny C Goodman , III**
  bgoodman@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Kathleen Ann Herkenhoff**
  kah@weiserlawfirm.com

- **John C Hueston**
  jhueston@irell.com,lhiles@irell.com

- **Daniel P Lefler**
  dlefler@irell.com

- **David W Mitchell**
  davidm@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Brian Oliver O'Mara**
  bomara@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Brian J Robbins**
  notice@robbinsumeda.com

- **Shane P Sanders**
  ssanders@robbinsumeda.com

- **Kip Brian Shuman**

- kip@shumanlawfirm.com

- **Wayne W Smith**
  wsmith@gibsondunn.com,dfkennedy@gibsondunn.com

- **Robert B Weiser**
  rw@weiserlawfirm.com

- **Lillie A Werner**
  lwerner@irell.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Jeffrey J. Ciarlanto
The Weiser Law Firm  PC
121 North Wayne Ave  Suite 100
Wayne, PA 19087

Debra S Goodman
Law Office of Debra S Goodman PC
1301 Skippack Pike  Suite 7A - 133
Blue Bell, PA 19422

Brett Steckler
The Weiser Law Firm PC
121 North Wayne Avenue
Suite 100
Wayne, PA 19087
```