FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 25 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WILLA ROSENBLOOM, derivatively on behalf of Allergan, Inc.; DANIEL HIMMEL; POMPANO BEACH POLICE & FIREFIGHTERS RETIREMENT SYSTEM; WASHINGTON LABORERS-EMPLOYERS PENSION TRUST, AKA Western Washington Laborers Employers Pension Trust, | No. 12-55516 |
| | D.C. No. 8:10-cv-01352-DOC-MLG Central District of California, Santa Ana |
| Plaintiffs - Appellants, | |
| v. | ORDER |
| DAVID E. I. PYOTT; HERBERT W. BOYER, AKA Herbert W. Boyer, M.D.; LOUIS J. LAVIGNE, Jr.; GAVIN S. HERBERT; STEPHEN J. RYAN, AKA Stephen J. Ryan, M.D.; LEONARD D. SCHAEFFER; MICHAEL R. GALLAGHER; ROBERT A. INGRAM; TREVOR M. JONES, AKA Trevor M. Jones, Ph.D.; DAWN E. HUDSON; RUSSELL T. RAY; DEBORAH DUNSIRE, AKA Deborah Dunsire, M.D.; ALLERGAN, INC., a Delaware corporation; HANDEL E. EVANS; RONALD M. CRESSWELL; LOUIS T. ROSSO; KAREN R. OSAR; ANTHONY H. WILD, |  |
| Defendants - Appellees. | |



**RECEIVED**
CLERK, U.S. DISTRICT COURT

8/25/14

CENTRAL DISTRICT OF CALIFORNIA
BY: _____MAT_____ DEPUTY

Before: REINHARDT, NOONAN, and MURGUIA, Circuit Judges.

The record in this case is ordered unsealed.